DAVID A. STEINBERG (SBN 130593)
das@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, California 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

CHRISTINE LEPERA (*pro hac vice application forthcoming*)
ctl@msk.com
JEFFREY M. MOVIT (*pro hac vice application forthcoming*)
jmm@msk.com
437 Madison Avenue, 25th Floor
New York, New York 10022
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

*Attorneys for Defendants*
*Austin Richard Post p/k/a Post Malone*
*Adam King Feeney p/k/a Frank Dukes*
*Republic Records, a division of UMG Recordings, Inc. (incorrectly sued as Universal Music Group, Inc.)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER ARMES,<br><br>              Plaintiff,<br><br>     v.<br><br>AUSTIN RICHARD POST, publicly known as POST MALONE, an individual; ADAM KING FEENEY publicly known as FRANK DUKES, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 2:20-cv-03212-ODW-PJW<br><br>Hon. Otis D. Wright II<br><br>**DECLARATION OF AUSTIN RICHARD POST P/K/A POST MALONE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Date: July 6, 2020<br>Time: 1:30 p.m.<br>Ctrm: 5D |

CASE NO. 2:20-CV-03212-ODW-JPW
**DECLARATION AUSTIN RICHARD POST P/K/A POST MALONE ISO MOTION TO DISMISS**

**DECLARATION OF AUSTIN RICHARD POST P/K/A POST MALONE**

I, AUSTIN RICHARD POST P/K/A POST MALONE, declare:

1. I am a defendant in the above-captioned action. I submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint in the above-captioned action. Unless stated otherwise, I have personal knowledge of the facts set forth in this declaration and am competent to testify hereto.

2. I understand that the Proof of Service filed by plaintiff Tyler Armes (Dkt. No. 18) indicates that his process server attempted to serve me by certified mail, return receipt requested, at my residence in Utah.

3. I am informed and believe that the Summons, Complaint, and certain other documents related to the above-captioned action were delivered to my residence in Utah on or around April 16, 2020.

4. I understand that the accompanying certified mail receipt was returned to the sender, and contains a reference to a "C Sampson" as having signed it. I did not sign the certified mail receipt or any other document indicating receipt of Mr. Armes' service of process nor did I authorize anyone to do so. I understand that Cody Sampson, an off-duty police officer who was working as a security guard at my Utah residence has submitted a declaration that states he did not authorize the messenger to sign his name for receipt of any legal papers. Mr. Sampson states he thought that the package was a routine mail delivery and the messenger failed to tell him of the nature of the package. .

5. Mr. Sampson was not authorized to accept service of process on my behalf. I have never appointed Mr. Sampson to act as my agent for the purpose of receiving legal process or for any other legal purpose. I did not instruct or authorize Mr. Sampson to sign the certified mail receipt in this case or to allow anyone to sign his name on such a package, and had no knowledge

that he may have done so at the time.

6. I am a credited co-writer of the musical composition entitled "Circles", a recording of which (the "Circles Recording") is included in my album entitled *Hollywood's Bleeding*.

7. I do not have any copyright ownership interest in the Circles Recording and have never claimed otherwise.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on this 27th day of May, 2020.

_____
AUSTIN RICHARD POST P/K/A POST MALONE

3