**ALLISON S. HART (BAR NO. 190409)**
*ahart@lavelysinger.com*
**KELSEY J. LEEKER (BAR NO. 313437)**
*kleeker@lavelysinger.com*
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone:  (310) 556-3501
Facsimile:  (310) 556-3615

Attorneys for Plaintiff TYLER ARMES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER ARMES,<br><br>           Plaintiff,<br><br>      v.<br><br>AUSTIN RICHARD POST, publicly known as POST MALONE, an individual; ADAM KING FEENEY, publicly known as FRANK DUKES, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; DOES 1 through 10, inclusive,<br><br>           Defendants. | CASE NO. 2:20-cv-03212-ODW(PJWx)<br><br>[Hon. Otis D. Wright, II – Crtrm 5D]<br><br>**DECLARATION OF ALLISON S. HART IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Date:    July 6, 2020<br>Time:   1:30 P.M.<br>Crtrm:   5D |

## DECLARATION OF ALLISON S. HART

I, Allison S. Hart, declare:

1. I am an attorney at law duly licensed to practice before all of the Courts of the State of California and am a member of the law firm Lavely & Singer Professional Corporation, counsel of record for the Plaintiff, Tyler Armes, herein. I have personal knowledge of the matters set forth in this Declaration and, if called as a witness, could and would testify competently thereto under oath.

2. On behalf of Mr. Armes, I filed the Complaint in this action at approximately 8:53 a.m. on April 7, 2020. Attached hereto as Exhibit A is a true and correct copy of an email I received from the Court on April 7, 2020, confirming that the Complaint in this action was filed at 8:35 a.m. PDT on that date.

3. Immediately after filing the Complaint, the website TMZ.com posted a story at 9:12 a.m. on April 7, 2020, reporting that Mr. Armes had filed the Complaint in this action. The TMZ story initially reported that Defendant Austin Richard Post's ("Post Malone") representatives could not be reached for comment, however, several hours later TMZ.com reported that Post Malone had filed a parallel action in New York against Mr. Armes. I first became aware of Post Malone's New York action against Mr. Armes shortly after TMZ.com reported that the New York action had been filed by Post Malone. Attached hereto as Exhibit B is a true and correct copy of TMZ.com's April 7, 2020 post at 9:12 a.m. PDT reporting on Mr. Armes' claims in this action, which was subsequently updated at 12:26 p.m. PDT to report that Post Malone had responded to Mr. Armes Complaint by filing the New York action.

4. Attached hereto as Exhibit C is a true and correct copy of an article posted on the entertainment industry trade publication Variety on December 26, 2019, entitled "In 2019, Producer Management Was a Booming Music Business," which identifies Post Malone, Adam King Feeney ("Frank Dukes"), Louis Bell and

Billy Walsh as clients of the management company Electric Feel Management, and its founder and CEO, Austin Rosen.

     5.     Attached hereto as Exhibit D is a true and correct copy of an interview with Billy Walsh that was published on the website of the music industry trade publication Billboard on June 5, 2019, entitled "Moving Past Addiction, Billy Walsh is Co-Writing Smash Hits and Styling Stars," in which Mr. Walsh describes moving to Los Angeles, California from Boston, Massachusetts, attending Loyola Marymount University, and describes Mr. Walsh's involvement in the music and fashion industries in Los Angeles, California, and identifies Mr. Walsh as a "popular Los Angeles area party promoter" .

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 15th day of June, 2020, at Los Angeles California.

                                                        ALLISON S. HART