DAVID A. STEINBERG (SBN 130593)
  das@msk.com
GABRIELLA N. ISMAJ (SBN 301594)
  gan@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

CHRISTINE LEPERA (*pro hac vice*)
  ctl@msk.com
JEFFREY M. MOVIT (*pro hac vice*)
  jmm@msk.com
437 Madison Avenue, 25th Floor
New York, New York 10022
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

*Attorneys for Defendants*
*Austin Richard Post p/k/a Post Malone*
*Adam King Feeney p/k/a Frank Dukes*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| TYLER ARMES,<br><br>                 Plaintiff<br><br>        v.<br><br>AUSTIN RICHARD POST, publicly known as POST MALONE, an individual; ADAM KING FEENEY publicly known as FRANK DUKES, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; DOES 1 through 10, inclusive,<br><br>                 Defendants | Case No. 2:20-cv-03212 ODW (SKx)<br>*Consolidated with 2:20-cv-10205*<br><br>Hon. Otis D. Wright II<br><br>**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:      April 4, 2022<br>Time:     1:30 p.m.<br>Ctrm:     5D (First Street Courthouse)<br><br>Filed:     April 7, 2020<br>Trial:      May 17, 2022 |

Mitchell
Silberberg &
Knupp LLP

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on April 4, 2022 at 1:30 pm, or as soon thereafter as the matter may be heard in Courtroom 5D, located at 350 W 1st Street, Los Angeles, CA 90012-4565, Defendants Austin Richard Post, professionally known as Post Malone ("Post") and Adam King Feeney, professionally known as Frank Dukes ("Dukes") (together, "Defendants") will and hereby do move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order: (1) granting the declaratory judgment requested in their Consolidated Complaint: namely, that Plaintiff Tyler Armes ("Armes") is not a joint author and concomitant copyright co-owner of the musical composition "Circles" (the "Circles Composition"); and (2) dismissing with prejudice Armes's First Amended Complaint, which seeks a declaratory judgment that Armes is a joint author of the Circles Composition, as well as an accounting and constructive trust over profits earned by that composition.

This Motion is made following conference of counsel pursuant to L.R. 7-3 which took place on February 17, 2022. The parties were unable to reach a resolution to eliminate the necessity of a hearing.

This Motion is made on the ground that the undisputed facts confirm that Armes's claims should be dismissed and Defendants' claims should be granted.

This Motion is and will be based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the Statement of Uncontroverted Facts and Conclusions of Law; the Declaration of David A. Steinberg, and the Exhibits submitted in support hereof; all other matters of which the Court may take judicial notice; the pleadings and papers on file herein; any Reply and supporting pleadings and exhibits that may be filed in support; and upon

Mitchell
Silberberg &
Knupp LLP

2

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

such other or further material as may be presented at or before the hearing of this matter.

Dated: February 28, 2022                MITCHELL SILBERBERG & KNUPP LLP
                                        DAVID A. STEINBERG
                                        CHRISTINE LEPERA
                                        JEFFREY M. MOVIT
                                        GABRIELLA N. ISMAJ


                                        By:  /s/ David A. Steinberg
                                             David A. Steinberg (SBN 130593)
                                             Attorneys for Defendants

Mitchell
Silberberg &
Knupp LLP

3

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**