DAVID A. STEINBERG (SBN 130593)
  das@msk.com
GABRIELLA N. ISMAJ (SBN 301594)
  gan@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

CHRISTINE LEPERA (*pro hac vice*)
  ctl@msk.com
JEFFREY M. MOVIT (*pro hac vice*)
  jmm@msk.com
437 Madison Avenue, 25th Floor
New York, New York 10022
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

*Attorneys for Defendants*
*Austin Richard Post p/k/a Post Malone*
*Adam King Feeney p/k/a Frank Dukes*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| TYLER ARMES,<br><br>            Plaintiff<br><br>    v.<br><br>AUSTIN RICHARD POST, publicly known as POST MALONE, an individual; ADAM KING FEENEY publicly known as FRANK DUKES, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; DOES 1 through 10, inclusive,<br><br>            Defendants | Case No. 2:20-cv-03212 ODW (SKx)<br>*Consolidated with 2:20-cv-10205*<br><br>Hon. Otis D. Wright II<br><br>**DEFENDANTS' NOTICE OF LODGING: 1) STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW AND 2) [PROPOSED] JUDGMENT**<br><br>Date:       April 4, 2022<br>Time:       1:30 p.m.<br>Ctrm:       5D (First Street Courthouse)<br><br>Filed:      April 7, 2020<br>Trial:      May 17, 2022 |

Mitchell
Silberberg &
Knupp LLP

14003897.1

**DEFENDANTS' NOTICE OF LODGING RE: SUF AND [PROPOSED] JUDGMENT**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 56-1 and in connection with the above-referenced action and the concurrently filed Notice of Motion and Motion of Defendants Austin Richard Post, professionally known as Post Malone ("Post") and Adam King Feeney, professionally known as Frank Dukes ("Dukes") (together, "Defendants") for Summary Judgment under Fed. R. Civ. P. 56, Defendants hereby file and lodge the following in Support of Defendants' Motion for Summary Judgment:

- Defendants' Statement of Uncontroverted Facts and Conclusions of Law in Support of Their Motion for Summary Judgment; and

- [Proposed] Judgment Granting Defendants' Motion for Summary Judgment.

Word versions of these documents will be provided to the Court.

Dated: February 28, 2022

MITCHELL SILBERBERG & KNUPP LLP
DAVID A. STEINBERG
CHRISTINE LEPERA
JEFFREY M. MOVIT
GABRIELLA N. ISMAJ


By: /s/ David A. Steinberg
　　David A. Steinberg (SBN 130593)
　　Attorneys for Defendants

DEFENDANTS' NOTICE OF LODGING RE: SUF AND [PROPOSED] JUDGMENT