ALLISON S. HART (BAR NO. 190409)
*ahart@lavelysinger.com*
KELSEY J. LEEKER (BAR NO. 313437)
*kleeker@lavelysinger.com*
LAVELY & SINGER
PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone:   (310) 556-3501
Facsimile:    (310) 556-3615

Attorneys for Plaintiff/Consolidated Defendant
TYLER ARMES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| TYLER ARMES,<br><br>                Plaintiff,<br><br>        v.<br><br>AUSTIN RICHARD POST, publicly known as POST MALONE, an individual; ADAM KING FEENEY, publicly known as FRANK DUKES, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; DOES 1 through 10, inclusive,<br><br>                Defendants. | CASE NO. 2:20-cv-03212-ODW(SKx)<br>*Consolidated with 2:20-cv-10205*<br><br>[Hon. Otis D. Wright, II – Crtrm 5D]<br><br>**PLAINTIFF'S SEPARATE STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**<br><br>Date:         April 4, 2022<br>Time:        1:30 p.m.<br>Ctrm:        5D (First Street Courthouse)<br><br>Filed:         April 7, 2020<br>Trial:          May 17, 2022 |

Plaintiff Tyler Armes ("Armes" or "Plaintiff") hereby submits this Separate Statement of Genuine Disputes of Material Fact pursuant to Central District of California Local Rule 56-2 in support of his Opposition to the Motion for Summary

1

Judgment brought by Defendants Austin Richard Post, publicly known as "Post Malone" (hereinafter "Post") and Adam King Feeney, publicly known as "Frank Dukes" (hereinafter "Dukes") (collectively "Defendants").

Facts 1 through 53 below correspond to the facts and supporting evidence presented by Defendants in their Statement of Uncontroverted Facts and Conclusions of Law. These facts are followed by additional material facts and supporting evidence further demonstrating the existence of genuine issues of disputed material fact which preclude the entry of summary judgment in this case.

### A.    The Parties

| Defendants' Alleged Uncontroverted Facts and Supporting Evidence: | Plaintiff's Response: |
| --- | --- |
| 1. Post is a recording artist, songwriter and musician.<br>• Armes's First Amended Complaint ("FAC"; ECF No. 24), ¶¶ 1, 20<br>• Armes's Answer to Consolidated Complaint ("Armes's Answer"; ECF No. 46), ¶ 1 | 1. Undisputed. |
| 2. Dukes is a songwriter, record producer and musician.<br>• FAC ¶¶ 1, 3 | 2. Undisputed. |
| 3. Armes is a musician.<br>• Steinberg Decl. ¶ 5, Ex. B (Transcript of February 2, 2022 Deposition of Tyler Armes ("Armes Depo.")), pp. 22:20-23:23; 26:7-27:3. | 3. Undisputed. |

### B.    The August 8, 2018 Recording Session

| Defendants' Alleged Uncontroverted Facts and Supporting Evidence: | Plaintiff's Response: |
| --- | --- |
| 4. On the evening of August 7, 2018, Post, Dukes and Armes were each present at a concert by a third-party | 4. Disputed. Declaration of Tyler Armes ("Armes Decl."), ¶¶ 6-7 and |

2

| Defendants' Alleged Uncontroverted Facts and Supporting Evidence: | Plaintiff's Response: |
|---|---|
| rock band in Toronto, Canada.<br>• FAC ¶ 14 | 9. |
| 5. After the concert, Armes was invited by Post's manager to join Post, Dukes, and others, at Dukes's Toronto music studio ("Dukes's Studio").<br>• FAC ¶ 14<br>• Armes Depo., pp. 161:16-162:11 | 5. Undisputed. |
| 6. Although the other guests left Dukes's Studio earlier in the night, Armes, Post, and Dukes remained in Dukes's Studio from 2:00 a.m. to 9:00 a.m. on August 8, 2018.<br>• FAC ¶ 15 | 6. Undisputed. |
| 7. During that time period in Dukes' Studio, there was some "jamming," and also the process of Dukes recording Dukes's and Post's performances. (This time period is hereafter called the "August 8 Session").<br>• FAC ¶¶ 3, 15<br>• Armes Depo., pp. 136:23–137:11; 142:10–143:1; 199:21–200:2; 202:3– 6; 202:24–203:1 | 7. Disputed. Armes Decl., ¶ 16; Declaration of Allison S. Hart ("Hart Decl."), Ex. 1 -- Transcript of Deposition of Tyler Armes taken on February 2, 2022 ("Armes Depo."), 80:3-9; 84:6-14; 93:14-25. |
| 8. Armes contends that Post stated: "Let's write a tune!"<br>• FAC ¶ 3<br>• Armes Depo., pp. 164:6–165:6 | 8. Undisputed. |
| 9. During the August 8 Session, Armes played a bass guitar and a keyboard; Armes did not play a guitar or any other instrument.<br>• FAC ¶¶ 15, 16<br>• Armes Depo., pp. 50:12–21; 53:7– | 9. Disputed.  Hart Decl., Ex. 1 – Armes Depo., 114:2-5; 114:22 – 116:15; 118:19-24; Armes Decl., ¶ 14. |

PLAINTIFF'S SEPARATE STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT

| Defendants' Alleged Uncontroverted Facts and Supporting Evidence: | Plaintiff's Response: |
|---|---|
| 11; 105:9–11 | |
| 10. Post played guitar and drums at the August 8 Session, and Dukes played both guitar and bass guitar.<br>• FAC ¶¶ 15, 18 | 10. Undisputed. |
| 11. Musical performances by Post and Dukes were recorded by Dukes during the August 8 Session.<br>• Armes Depo., pp. 77:18–79:5 | 11. Disputed.  Armes Decl., ¶ 16; Hart Decl., Ex. 1 – Armes Depo., 80:3-9; 84:6-14; 93:14-25. |
| 12. Dukes solely controlled the laptop that recorded those musical performances.<br>• Armes Depo., pp. 71:14–72:5 | 12. Disputed. *Id.* |
| 13. Duke's laptop also functioned as the "mixing board" which combined various recorded performances into a single recording.<br>• Armes Depo., pp. 71:14–72:5 | 13. Undisputed. |
| 14. Armes never touched Dukes's laptop; in Armes's words, "Frank was controlling the laptop. It was his laptop, his session."<br>• Armes Depo., pp. 71:14–72:5 | 14. Disputed.  Armes Decl., ¶ 16; Hart Decl., Ex. 1 – Armes Depo., 80:3-9; 84:6-14; 93:14-25. |
| 15. Although a third-party sound engineer was present at times during portions of the August 8 Session, the engineer was at Dukes's "beck and call" and only came in and out of the room when Dukes asked him to.<br>• Armes Depo., pp. 132:2–24 | 15. Undisputed. |
| 16. Armes does not have, and is not aware of, any recording of Armes engaging in any musical performance (whether instrumental or vocal) at the August 8 Session.<br>• Armes Depo., pp. 136:23–137:11; | 16. Disputed. Armes Decl., ¶¶ 11, 13-16, Ex. 1. |

| Defendants' Alleged Uncontroverted Facts and Supporting Evidence: | Plaintiff's Response: |
|---|---|
| 142:10–143:1; 199:21–200:2; 202:3– 6; 202:24–203:1 | |
| 17. Armes is not aware of any recording or notes reflecting that Armes provided any creative contributions during the August 8 Session.<br><br>• Armes Depo., pp. 103:9–16; 104:13– 20; 104:23–105:4; 113:23–114:10; 119:10–120:18; 137:4–11; 142:10– 143:1; 199:21– 200:2; 202:3–6; 202:24–203:1 | 17. Disputed. Disputed. Armes Decl., ¶¶ 11, 13-16, Ex. 1; Hart Decl., Ex. 1 – Armes Depo., 50:4-21; 53:1-22; 56:17-- 57:11; 59:2-12; 63:8-17; 63:25 – 64: 64; 74:16 – 76:13; 80:3-9; 84:6-14; 93:14-25; 97:19-24; 98:2-18; 99:3-9; 104:1-8; 108:14 – 109:17; 114:2-5; 114:22 – 116:15; 118:19-24. |
| 18. There is no performance of Armes in the sound recording of the Circles Composition (the "Circles Recording").<br><br>• Armes Depo., pp. 64:22-65:3; 64:13-17; 68:2–24; 70:24-71:6 | 18. Undisputed. |

### C.     Armes's Recording of the August 8 Session

| Defendants' Alleged Uncontroverted Facts and Supporting Evidence: | Plaintiff's Response: |
|---|---|
| 19. At the end of the August 8 Session, Dukes played back in the studio a recording—one that had already been fixed on his laptop—of certain of the performances of Dukes and Post that Dukes had previously recorded from that same night (the "Rough Mix").<br><br>• Armes Depo., pp. 78:5–79:5 | 19. Disputed.  Armes Decl., ¶ 16; Hart Decl., Ex. 1 – Armes Depo., 80:3-9; 84:6-14; 93:14-25. |
| 20. Certain musical compositional elements in the Rough Mix were later incorporated into the final Circles Composition completed a year later.<br><br>• Armes Depo., pp. 58:14–59:1 | 20. Disputed.  Armes Decl., ¶¶ 11-12; ¶ 13 at 5:15-18; ¶ 14 at 5:24 – 6:8, Exhs. 1 and 2; Declaration of Judith Finell ("Finell Decl."), ¶ 8, Ex. 6 at pp. 10-14, ¶¶ 24-34. |
| 21. On the Rough Mix, Post is singing a vocal melody (largely without lyrics) and playing the guitar melody, and | 21. Undisputed. |

5

| Defendants' Alleged Uncontroverted Facts and Supporting Evidence: | Plaintiff's Response: |
|---|---|
| Dukes is playing both the bass guitar, and the chord progression on the rhythm guitar.<br>• Armes Depo., pp. 78:5-79:5; 141:19– 143:1 | |
| 22. Armes is not playing any instruments, singing or otherwise engaging in any performance on the Rough Mix.<br>• Armes Depo., pp. 78:5-79:5; 202:3-203:10 | 22. Undisputed. |
| 23. Armes taped on his iPhone a portion of Dukes's playback of the Rough Mix (the "Playback").<br>• Armes Depo., pp. 78:5–79:5; 87:20-24; 92:9-12 | 23. Undisputed. |
| 24. Armes did not obtain Dukes's and Post's permission to tape the "Playback."<br>• Armes Depo., pp. 87:20-24; 92:9-12 | 24. Undisputed. |
| 25. Armes did not inform Dukes and Post that he was taping the Playback (Armes's taping is hereafter called the "iPhone Recording").<br>• Armes Depo., pp. 87:20-24; 92:9-12 | 25. Undisputed. |

### D.    Armes's Purported Contributions to the Circles Composition

| Defendants' Alleged Uncontroverted Facts and Supporting Evidence: | Plaintiff's Response: |
|---|---|
| 26. Armes did not create the title of "Circles."<br>• Armes Depo., pp. 124:15–125:6; 199:13–20 | 26. Undisputed. |

PLAINTIFF'S SEPARATE STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT

| Defendants' Alleged Uncontroverted Facts and Supporting Evidence: | Plaintiff's Response: |
|---|---|
| 27. Armes did not make any lyrical contributions to the Circles Composition.<br><br>• Armes Depo., pp. 124:15–125:6; 215:20–216:1 | 27. Undisputed. |
| 28. Armes claims to have co- written, with Dukes, the chord progression for the Circles Composition.<br><br>• Armes Depo., pp. 50:4–11; 109:4–17; 110:22-111:6 | 28. Undisputed. |
| 29. Armes claims to have "sang," rather than played, his alleged contribution to the chord progression for the Circles Composition.<br><br>• Armes Depo., pp. 105:9–11 | 29. Disputed. Armes Decl., ¶¶ 13-15; Hart Decl., Ex. 1 – Armes Depo., 50:4-21; 53:1-22; 56:17 – 57:11; 97:19-24; 98:2-18; 99:3-9; 104:1-8; 108:114:22 – 116:15; 118:19-24. |
| 30. This chord progression referenced in paragraph 28 is I- IV-V (or C-F-G) (hereinafter, the "Chord Progression"), which Armes admits is an "extremely" common chord progression, and "one of the most common progressions in the history of music."<br><br>• Armes Depo., pp. 54:23-57:11; 60:5–14; 110:22–111:6; 121:18–21 | 30. Disputed. Armes Decl., ¶ 13; Finell Decl., ¶ 8, Ex. 6 at p. 13, ¶ 33. |
| 31. Armes claims to have had "significant input" into the writing of the bass guitar line in the Circles Composition.<br><br>• Armes Depo., pp. 62:11–13; 78:5–21 | 31. Undisputed. |
| 32. Armes's claimed contribution to the bass guitar line is the exact same admittedly commonplace I-IV-V (or C-F-G) sequence as the Chord Progression.<br><br>• Armes Depo., pp. 98:2–18; 99:3–17; 103:19–104:8 | 32. Disputed.  Armes Decl., ¶ 13; Finell Decl., ¶ 8, Ex. 6 at p. 13, ¶ 33; Hart Decl., Ex. 1 – Armes Depo., 50:4-21; 53:1-22; 56:17 – 57:11; 59:2-12; 63:8-17; 63:25 – 64:4; 97:19-24; 98:2-18; 99:3-9; 104:1-8. |

PLAINTIFF'S SEPARATE STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT

| Defendants' Alleged Uncontroverted Facts and Supporting Evidence: | Plaintiff's Response: |
|---|---|
| 33. Armes claims to have contributed to the writing of the guitar melody in the Circles Composition.<br>• Armes Depo., pp. 115:1–4 | 33. Undisputed. |
| 34. Post wrote the "initial melody" for the guitar.<br>• Armes Depo., pp. 115:1–4 | 34. Disputed.  Armes Decl., ¶¶ 14-15; Hart Decl., Ex. 1 – Armes Depo., 108:14 – 109:17; 114:2-5; 114:22 – 116:15; 118:19-24. |
| 35. Armes claims that he "sang" additional notes which Post added to the guitar melody.<br>• Armes Depo., pp. 115:1–4; 118:15–24; 200:3-6 | 35. Disputed. *Id.* |
| 36. Armes contends his alleged contributions are in the final Circles Composition.<br>• Armes Depo., pp. 62:11-23 | 36. Undisputed. |

## E.  Lack of Agreement Regarding Authorship Interest

| Defendants' Alleged Uncontroverted Facts and Supporting Evidence: | Plaintiff's Response: |
|---|---|
| 37. During the August 8 Session, Post and Dukes never agreed that Armes would be a coauthor of the Circles Composition.<br>• Armes Depo., pp. 169:23–170:4 | 37. Disputed.  Armes Decl., ¶¶ 7-8,10, 13-21, Exs. 1-4; Hart Decl. – Armes Depo., 156:6 – 157:22; 164:2 – 165:4; 170:12 – 171:1; 171:11-16. |
| 38. The subject of authorship/ownership of the Circles Composition was not discussed with Armes prior to the release of the Circles Recording.<br>• Armes Depo., pp. 167:13–23 | 38. Disputed. *Id.* |
| 39. When Armes left the August 8 Session, neither Post nor Dukes asked Armes for his contact information or otherwise indicated that they would be | 39. Disputed. Hart Decl., Ex. 1 – Armes Depo., 170:12 – 171:1. |

8

| Defendants' Alleged Uncontroverted Facts and Supporting Evidence: | Plaintiff's Response: |
|---|---|
| in touch about the song.<br>• Armes Depo., pp. 170:12–171:9 | |
| 40. Armes had no involvement whatsoever in the creation of the Circles Composition following the August 8 Session.<br>• Armes Depo., pp. 58:8–59:1; 68:2–24; 267:22–268:5 | 40. Undisputed. |
| 41. After the August 8 Session, Armes had no communications with any of the writers about the Circles Composition prior to the commercial release of the Circles Recording over one year later on August of 2019.<br>• Armes Depo., pp. 68:2–24; 267:22–268:5<br>• FAC ¶¶ 21, 22 | 41. Undisputed. |

### F.   Subsequent Writing Sessions for the Circles Composition

| Defendants' Alleged Uncontroverted Facts and Supporting Evidence: | Plaintiff's Response: |
|---|---|
| 42. The writing of the Circles Composition was not completed at the August 8 Session.<br>• Armes Depo., pp. 58:8-59:1; 68:2-24; 267:22-268:5 | 42. Disputed.  Armes Decl., ¶¶ 11-12, Exs. 1-2; Finell Decl., ¶ 8, Ex. 6 at pp. 10-14, ¶¶ 24-34. |
| 43. Post and Dukes—along with their co-authors Kaan Gunesberk, Louis Bell, and Billy Walsh (the "Non-Party Songwriters")—continued to work on writing the Circles Composition at subsequent writing sessions (the "Subsequent Sessions").<br>• FAC ¶ 24<br>• Armes Depo., pp. 205:22–206:17; 68:2–24; 267:22–268:5 | 43. Disputed. *Id.* |

PLAINTIFF'S SEPARATE STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT

| Defendants' Alleged Uncontroverted Facts and Supporting Evidence: | Plaintiff's Response: |
|---|---|
| • Steinberg Decl. ¶ 6, Ex. C (Declaration of Kaan Gunesberk, dated May 2020 ("Gunesberk Decl.")), ¶¶ 1-4, 9-11<br><br>• Steinberg Decl. ¶ 7, Ex. D (Declaration of Billy Walsh, dated May 19, 2020 ("Walsh Decl.")), ¶¶ 1-5<br><br>• Steinberg Decl. ¶ 8, Ex. E (Declaration of Louis Bell, dated May 14, 2020 ("Bell Decl.")), ¶¶ 1-6 | |
| 44. Among other creative work, the lyrics to the Circles Composition were written at these Subsequent Sessions.<br><br>• FAC ¶ 19<br><br>• Armes Depo., pp. 215:25–216:1; 124:11–125:6<br><br>• Gunesberk Decl. ¶¶ 1-4, 9-11; Walsh Decl. ¶¶ 1-5; Bell Decl. ¶¶ 1-6 | 44. Undisputed. |
| 45. Armes was not present for any of the subsequent writing sessions for the Circles Composition—and he did not know that they were occurring.<br><br>• Armes Depo., pp. 205:22–206:17; 68:2–24; 267:22–268:5<br><br>• Gunesberk Decl. ¶¶ 1-4, 9-11; Walsh Decl. ¶¶ 1-5; Bell Decl. ¶¶ 1-6. | 45. Undisputed. |
| 46. Armes had no input into or control over, any of Subsequent Sessions.<br><br>• Armes Depo., pp. 68:2–24; 71:14–17; 205:22–206:17; 267:22–268:5 | 46. Undisputed. |
| 47. Armes had no control over what was ultimately contained in the Circles | 47. Disputed. Armes Decl., ¶¶ 11-12, 16, Exs. 1-2; Hart Decl., Ex. 1 -- Armes Depo., 80:3-9; 84:6-14; |

PLAINTIFF'S SEPARATE STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT

| Defendants' Alleged Uncontroverted Facts and Supporting Evidence: | Plaintiff's Response: |
|---|---|
| Composition.<br>• Armes Depo., pp. 58:8–13; 58:19–23; 68:2–24; 71:14–17; 267:22–268:5 | 93:14-25; Finnell Decl., ¶ 8, Ex. 6 at pp. 10-14, ¶¶ 24-34. |
| 48. The Non-Party Songwriters had no dealings with Armes in connection with the creation of the Circles Composition, and had no knowledge that Armes contributed anything to the creation of the Circles Composition.<br>• Armes Depo., pp. 68:2–24; 71:14–17; 205:22–206:17; 267:22–268:5<br>• Gunesberk Decl. ¶¶ 1-4, 9-11; Walsh Decl. ¶¶ 1-5; Bell Decl. ¶¶ 1-6. | 48. Undisputed. |
| 49. The Non-Party Songwriters never had any intention for Armes to be a co-author or co-writer of the Circles Composition.<br>• Gunesberk Decl. ¶ 9; Walsh Decl. ¶ 5; Bell Decl. ¶ 5. | 49. Undisputed. |

### G.    "Circles" is Commercially Released

| Defendants' Alleged Uncontroverted Facts and Supporting Evidence: | Plaintiff's Response: |
|---|---|
| 50. Armes did not hear the final Circles Composition until the Circles Recording was shared on social media on August 5, 2019 (*i.e.*, nearly one year after the August 8 Session).<br>• Armes Depo., pp. 68:2–24; 267:22– 268:5<br>• FAC ¶¶ 21, 22 | 50. Disputed. Armes Decl., ¶¶ 11-12, 16-17, Exs. 1-2. |
| 51. The Circles Recording was commercially released on August 30, 2019 as a track on Post's album | 51. Undisputed. |

11

| Defendants' Alleged Uncontroverted Facts and Supporting Evidence: | Plaintiff's Response: |
|---|---|
| "*Hollywood's Bleeding*."<br>• Armes's Answer ¶ 2. | |
| 52. The credits for "Circles" (the "Liner Notes"), available at postmalone.com/credits, identify the writers of the Circles Composition as Post, Dukes, Bell, Walsh, and Gunesberk.<br>• Steinberg Decl. ¶¶ 9-11, Exs. F-H (Liner Notes for Circles Composition) | 52. Undisputed. |
| 53. Armes is not identified in the Liner Notes as a co-writer of the Circles Composition.<br>• Steinberg Decl. ¶¶ 9-11, Exs. F-H (Liner Notes for Circles Composition) | 53. Undisputed. |

Plaintiff also contends that the following other material facts are in dispute:

| Disputed Material Fact: | Supporting Evidence: |
|---|---|
| 54. Armes has worked as professional songwriter, musician and producer for over 20 years. | Armes Decl., ¶ 2. |
| 55. In 1998, Armes formed a band called Down With Webster. | *Id.*; Hart Decl., Ex. 1 – Armes Depo., 22:20 – 23:1. |
| 56. Armes was the bandleader, songwriter and producer for Down With Webster. | Armes Decl., ¶ 2; Hart Decl., Ex. 1 – Armes Depo., 23:17-23; 35:7-14; 35:20 – 36:4.. |
| 57. Under Armes's leadership, Down With Webster sold multiple platinum albums and over 1,000,000 singles. | Armes Decl., ¶ 2. |
| 58. Down With Webster was also nominated for multiple awards. | *Id.* |

| Disputed Material Fact: | Supporting Evidence: |
|---|---|
| 59. Armes personally wrote and produced five (5) of Down With Webster's top five (5) Canadian singles. | *Id.* |
| 60. In 2016, Armes formed a new band called Honors. | Armes Decl., ¶ 3; Hart Decl., Ex. 1 – Armes Depo., 26:7-13. |
| 61. Armes was also the bandleader, songwriter and producer for Honors. | Armes Decl., ¶ 3. |
| 62. Honors' song "Over" was the Number 1 Global Viral Track on Spotify in January 2017. | *Id.* |
| 63. Honors' song "Over" charted on U.S. Alternative Radio charts. | *Id.* |
| 64. Armes also has a music publishing deal with Warner Chappel Music. | Armes Decl., ¶ 4. |
| 65. Music composed by Armes has appeared in campaigns for Panasonic, Major League Baseball, TBS, Fox and *The Voice* on NBC. | *Id.* |
| 66. Armes has co-written music with some of the top writers and producers in the music industry, including Murda Beatz, Bonnie McKee, Jeff Gitty, Justin Tranter, Jesse Saint John and Timbaland. | *Id.* |
| 67. Armes co-wrote and produced a song for Lil Baby's Number 1 charting album, *My Turn*, which was released on February 28, 2020, and is a 4x Platinum selling Album. | *Id.* |
| 68. During his entire adult life, the only occupation Armes has held is as a musician, songwriter and/or producer in the music industry. | Armes Decl., ¶ 2; Hart Decl., Ex. 1 – Armes Depo., 27:9-13. |
| 69. Dre London ("London") is a talent manager in the music industry bast known for managing Post. | Armes Decl., ¶ 5. |

PLAINTIFF'S SEPARATE STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT

| Disputed Material Fact: | Supporting Evidence: |
|---|---|
| 70. In approximately 2017, expressed an interest in managing both Armes personally and his band Honors. | *Id.*; Hart Decl., Ex. 1 – Armes Depo., 151:4 – 152:8. |
| 71. On a number of occasions, London suggested that Armes should write a song with Post. | Armes Decl., ¶ 5. |
| 72. London invited Armes to attend a private party on August 6, 2018, at which Post was performing for a marijuana company in Canada. | Armes Decl., ¶ 6. |
| 73. Following Post's performance on August 6, 2018, London invited Armes to accompany him and Post to a performance by a band called Black Label Society on August 7, 2018, at a nightclub in Toronto, Canada. | Armes Decl., ¶ 6; Hart Decl., Ex. 1 – Armes Depo., 156:6 – 157:22. |
| 74. After the performance by Black Label Society on August 7, 2018, Armes was invited into the green room backstage with Post and London to meet the band. | *Id.* |
| 75. While the parties were in the green room backstage following the performance by Black Label Society, London invited Armes to return to a music studio with him and Post immediately afterwards to write music with Post and Dukes, and Armes agreed. | Armes Decl., ¶ 7; Hart Decl., Ex. 1 – Armes Depo., 156:6 – 157:22. |
| 76. London informed Post that Armes was an "awesome musician" and that he was returning to the studio with Armes and Dukes to write music. | Armes Decl., ¶ 7; Hart Decl., Ex. 1 – Armes Depo., 164:2-165:4. |
| 77. In response to London telling Post that Armes was an "awesome musician," and that he was going to write music with Post and Dukes, Post responded, "Awesome, man, let's write a tune, awesome, fuck | *Id.* |

PLAINTIFF'S SEPARATE STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT

| Disputed Material Fact: | Supporting Evidence: |
|---|---|
| yeah," and similar words to that effect. | |
| 78. Prior to August 8, 2018, Armes had never met Dukes. | Armes Decl., ¶ 8. |
| 79. Prior to August 8, 2018, although Armes was acquainted with Post, they were not friends and did not know one another well. | *Id*. |
| 80. When Armes arrived at the studio with Post, Dukes and members of Post's entourage on August 8, 2018, they went into a "live room" at the studio where Armes, Post and Dukes started jamming and playing music together. | Armes Decl., ¶ 10. |
| 81. When Armes, Post and Dukes got down to the business of songwriting, the other members of Post's entourage excused themselves from the "live room," leaving Armes, Post and Dukes alone for the next several hours. | *Id*. |
| 82. Prior to August 8, 2018, none of the "Circles" composition had been written. | Armes Decl., ¶ 13. |
| 83. At the end of the songwriting session on August 8, 2018, Armes made a recording on his phone capturing the playback of a recording made of the "Circles" composition co-written by Armes, Post and Dukes on August 8, 2018, which reflects the combined creative contributions of Armes, Post and Dukes. | Armes Decl., ¶ 11, Ex. 1. |
| 84. The composition of "Circles" began with Post playing the drums, and Armes playing the bass guitar to create the underlying drumbeat/groove in the song. | Armes Decl., ¶ 13; Hart Decl., Ex. 1 – Armes Depo., 73:23-25; 77:7-11. |

PLAINTIFF'S SEPARATE STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT

| Disputed Material Fact: | Supporting Evidence: |
|---|---|
| 85. Post was originally playing a faster tempo which Armes believed was too rushed. | Armes Dec., ¶ 13. |
| 86. At Armes's direction, the tempo of the song was slowed down. | *Id.* |
| 87. Armes and Dukes co-wrote the bassline and chord progression, with Armes and Dukes alternatively working on both a bass guitar and keyboard to compose the basline and chord progression in "Circles". | Armes Decl., ¶ 13; Hart Decl., Ex. 1 -- Armes Depo., 50:4-21; 53:1-22; 56:17 – 57:11; 59:2-12; 63:8-17; 63:25 – 64:4; 97:19-24; 98:2-18; 99:3-9; 104:1-8. |
| 88. Armes's contribution to the bassline included the composition and arrangement of a 1-4-5 chord progression using the notes C, F to G on the bass guitar. | *Id.* |
| 89. Armes's contribution to the bassline can first be heard beginning at the 5 second mark of the voice recording made to Armes's phone on August 8, 2018, and it repeats throughout the song. | Armes Decl., ¶ 13, Ex. 1. |
| 90. Armes's contribution to the bassline of the "Circles" composition can be at the 16 second mark of the commercially released version of "Circles", and it repeats throughout the song. | Armes Decl., ¶ 13, Ex. 2. |
| 91. The bassline reflected in the voice recording made by Armes on August 8, 2018, is identical to the bassline in the commercially released version of "Circles." | Armes Decl., ¶¶ 11-13, Exs. 1-2; Finell Decl., ¶¶ 6-8, Exs. 4-5 and 6 at pp. 10-11, ¶¶ 24-29. |
| 92. There are two (2) guitar parts in the "Circles" composition, and Armes co-wrote both parts. | Armes Decl., ¶ 14; Hart Decl., Ex. 1 – Armes Depo., 108:14 – 109:17; 114:2-5; 114:22 – 116:15; 118:19-24. |
| 93. The first guitar part is the guitar melody that is played by the lead | Armes Decl., ¶ 14. |

16

| Disputed Material Fact: | Supporting Evidence: |
|---|---|
| guitar in the introduction of "Circles", and which repeats throughout the song. | |
| 94. Armes and Post co-wrote the guitar melody with Post on the guitar, and Armes sitting next to him verbally singing the melody and directing Post as to exactly which notes to play | Armes Decl., ¶ 14; Hart Decl., Ex. 1 – Armes Depo., 108:14 – 109:17; 114:2-5; 114:22 – 116:15; 118:19-24. |
| 95. The turnaround phrasing that conclude the guitar melody which appears in both the voice memo recording made by Armes on August 8, 2018, and the commercially released version of "Circles" was a direct result of Armes's creative contributions to the authorship of the guitar melody. | *Id*. |
| 96. The guitar melody co-written by Armes first appears at the 1.5 second mark in the voice recording, appears in its entirety at the 37 second mark in the voice recording, and repeats throughout the song. | Armes Decl., ¶ 14, Ex. 1. |
| 97. The guitar melody co-written by Armes first appears at the 2 second mark of the commercially released version of "Circles" and repeats with Post's voice mirroring the guitar melody starting at the 18 second mark, and repeats in every chorus thereafter. | Armes Decl., ¶ 14, Ex. 2. |
| 98. The guitar melody reflected in the voice recording made by Armes on August 8, 2018, is identical to the guitar melody in the commercially released version of "Circles". | Armes Decl., ¶¶ 11-12, 14, Exs. 1-2; Finell Decl., ¶¶ 6-8, Exs. 4-5 and 6 at pp. 12-14, ¶¶ 30-34. |
| 99. Armes also co-wrote the guitar chords, including the parts in the song where the F major chord changes to an F minor chord. | Armes Decl., ¶ 14; Hart Decl., Ex. 1 – Armes Depo., 108:14 – 109:17; 114:2-5; 114:22 – 116:15; 118:19-24. |

| Disputed Material Fact: | Supporting Evidence: |
|---|---|
| 100. The guitar chords co-written by Armes first appear starting at the 20 second mark of the voice recording made by Armes on August 8, 2018. | Armes Decl., ¶ 14, Ex. 1. |
| 101. The guitar chords co-written by Armes first appear starting at the 0 second mark of the commercially released version of "Circles". | Armes Decl., ¶ 14, Ex. 2. |
| 102. The guitar chords reflected in the voice recording made by Armes on August 8, 2018, are identical to the guitar chords in the commercially released version of "Circles." | Armes Decl., ¶¶ 11-12, 14, Exs. 1-2; Finell Decl., ¶¶ 6-8, Exs. 4-5 and 6 at pp. 12-14, ¶¶ 30-34. |
| 103. The "Circles" composition co-written by Armes, Post and Dukes on August 8, 2018 was recorded to a laptop at the studio. | Armes Decl., ¶ 16. |
| 104. During the recording process, Armes, Post and Dukes mutually agreed on which takes of the song should be included in the final recording. | Armes Decl., ¶ 16; Hart Decl., Ex. 1 – Armes Depo., 80:3-9; 84:6-14; 93:14-25. |
| 105. Armes, Post and Dukes discussed and agreed that "Circles" sounded better stripped down to just bass, guitar and drums as the prominent sounds, without a lead keyboard in the foreground. | *Id*. |
| 106. The "Circles" composition is a new sound and style for Post, who previously recorded his music using pre-recorded beats or "rap tracks" on a computer. | *Id*. |
| 107. Armes directed that the bass be played in the "Circles" composition using a pick as opposed to fingers when the song was recorded on August 8, 2018. | Armes Decl., ¶ 16. |

PLAINTIFF'S SEPARATE STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT

| Disputed Material Fact: | Supporting Evidence: |
|---|---|
| 108. It was Armes's idea, and Post and Dukes agreed, that both the vocals and guitar in the "Circles" composition recorded on August 8, 2018 should have a large amount of reverb on them. | *Id.* |
| 109. Armes's contributions to the composition of "Circles" are reflected in both the voice recording made by Armes on August 8, 2018 and the commercially released version of "Circles". | Armes Decl., ¶¶ 11-12, 16; Finell Decl., ¶¶ 6-8, Exs. 4-5 and 6 at pp. 10-14, ¶¶ 24-34. |
| 110. After the composition of the final version of the music for "Circles" was completed on August 8, 2018, Armes and Defendants talked about how awesome the song was and how much fun they had co-writing the song. | Hart Decl., Ex. 1 – Armes Depo., 171:11-16. |
| 111. When the parties played back the "Circles" composition that had been recorded on August 8, 2018, Armes and Defendants celebrated the song they created. | Armes Decl., ¶ 17, Ex. 1. |
| 112. With respect to the recording of the "Circles" composition made on August 8, 2018, Dukes exclaimed, "It's so fucking good!  It's a whole new sound man!", and stated, "this kind of track would be insane to play live." | *Id.* |
| 113. With respect to the recording of the "Circles" composition made on August 8, 2018, Post stated, "It's super special," and "that's gonna be the next … we're just gonna, for the next album we're just gonna use a fuck load of reverb." | *Id.* |
| 114. At 5:13 a.m. on August 8, 2018, Armes informed his bandmates in | Armes Decl., ¶ 18, Ex. 3. |

19

| Disputed Material Fact: | Supporting Evidence: |
|---|---|
| Honors that he was in the studio writing a new song with Post and Dukes since he was scheduled to meet them that morning to work on music and was letting them know that he could not make it as scheduled since he had been in the studio all night with Post and Dukes. | |
| 115. On August 5, 2019, London posted a snippet of a recording of the "Circles" composition on Instagram and announce that the song would be premiered live that night during Post's Bud Light Drive Bar Tour show in New York City. | Armes Decl., ¶ 19. |
| 116. Immediately after London posted an excerpt of "Circles" on Instagram and announced that it would be premiered live on August 5, 2019, Armes sent a text message to London identifying a number of his creative contributions to the "Circles" composition. | Armes Decl., ¶ 20, Ex. 4. |
| 117. On behalf of Post, London responded to Armes on August 9, 2019, and informed him that Post acknowledged and remembered Armes's creative contributions to the composition of "Circles." | Armes Decl., ¶ 21, Ex. 4. |
| 118. On November 15, 2019, a copyright registration for the composition of "Circles" was filed on behalf of Armes with the U.S. Copyright Office. | Armes Decl., ¶ 22, Ex. 5. |
| 119. After "Circles" was commercially released in August 2019, it debuted at No. 7, reached No. 1 on the U.S. Billboard Hot 100 chart, where it remained for three (3) consecutive weeks, and remained in the top 5 songs on Billboard for months | Armes Decl., ¶ 23. |

PLAINTIFF'S SEPARATE STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT

| Disputed Material Fact: | Supporting Evidence: |
|---|---|
| thereafter, broke records for the most consecutive weeks in Billboard's top 10, and remained on Billboard's Hot 100 charts for 60 consecutive weeks. | |
| 120. "Circles" received critical praise, with Billboard naming it the 7th best song of 2019, and describing it as a "bouncy, melancholy" melody alongside a "gentle acoustic groove," and "backed by sunny acoustic guitars, swirling percussion and infectious melodies" with a "funky feel." | *Id.* |
| 121. "Circles" is the most commercially successful song released by Post to date. | *Id.* |
| 122. "Circles" is a dramatic departure from Post's prior music, which was comprised mainly of Post rapping or singing over pre-recorded beats on a computer. | Armes Decl., ¶ 24. |
| 123. "Circles" is the first major release by Post not to appear on any hip-hop charts. | *Id.* |
| 124. One critic observed with respect to "Circles" that unlike Post's prior music, "the melody is sparkling, with prominent guitar arpeggios and a wistful sigh of a chorus, that, dare I say it soars. Post Malone has never been about the soar." | Armes Decl., ¶ 24, Ex. 6. |

DATE:  March 14, 2022

ALLISON S. HART
KELSEY J. LEEKER
LAVELY & SINGER
PROFESSIONAL CORPORATION


By: */s/*      *Allison S. Hart*
ALLISON S. HART
Attorneys for Plaintiff and Consolidated Defendant TYLER ARMES

PLAINTIFF'S SEPARATE STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT