1   ALLISON S. HART (BAR NO. 190409)
    *ahart@lavelysinger.com*
2   KELSEY J. LEEKER (BAR NO. 313437)
    *kleeker@lavelysinger.com*
3   LAVELY & SINGER
    PROFESSIONAL CORPORATION
4   2049 Century Park East, Suite 2400
    Los Angeles, California 90067-2906
5   Telephone:  (310) 556-3501
    Facsimile:   (310) 556-3615
6
    Attorneys for Plaintiff/Consolidated Defendant
7   TYLER ARMES

8

9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12                      **WESTERN DIVISION**

13  TYLER ARMES,                        CASE NO. 2:20-cv-03212-ODW(SKx)
                                        *Consolidated with 2:20-cv-10205*
14              Plaintiff,
                                        [Hon. Otis D. Wright, II – Crtrm 5D]
15      v.
                                        **DECLARATION OF TYLER**
16  AUSTIN RICHARD POST, publicly       **ARMES IN SUPPORT OF**
17  known as POST MALONE, an            **PLAINTIFF'S OPPOSITION TO**
    individual; ADAM KING FEENEY,       **DEFENDANTS' MOTION FOR**
18  publicly known as FRANK DUKES,      **SUMMARY JUDGMENT**
    an individual; UNIVERSAL MUSIC
19  GROUP, INC., a Delaware             Date:       April 4, 2022
20  corporation; DOES 1 through 10,     Time:       1:30 p.m.
    inclusive,                          Ctrm:       5D (First Street
21                                                  Courthouse)
22              Defendants.
                                        Filed:      April 7, 2020
23                                      Trial:      May 17, 2022
24

25

26

27

28

1

## <u>DECLARATION OF TYLER ARMES</u>

2  I, Tyler Armes, declare:

3      1.      I am the Plaintiff in this action, and I am submitting this Declaration in

4  support of my Opposition to the Motion for Summary Judgment filed by

5  Defendants Austin Richard Post (publicly known as "Post Malone" and hereinafter

6  referred to as "Post") and Adam King Feeney (publicly known as "Frank Dukes"

7  and hereinafter referred to as "Dukes").  I have personal and firsthand knowledge of

8  the matters set forth in this Declaration and, if called and sworn as a witness, I

9  could and would testify competently thereto under oath.

10      2.      I have worked as a professional songwriter, musician and producer for

11  over 20 years.  When I was in the 8th grade, I formed a band called Down With

12  Webster, which was signed to Motown in 2009 by Sylvia Rhone, one of the most

13  influential music executives in the industry.  I acted as the bandleader, writer and

14  producer for Down With Webster, and under my leadership the band sold multiple

15  platinum albums and over 1,000,000 singles.  Down With Webster was also

16  nominated for a number of Juno Awards, MuchMusic (Canada's version of MTV)

17  Video Awards and Canadian Radio Music Awards.  I personally wrote and

18  produced five (5) of Down with Webster's top five (5) Canadian singles

19  including, *Rich Girl$*, *Your Man*, *Whoa is Me*, *One in a Million* and *Chills*.  Down

20  With Webster performed sold-out shows at Toronto's famed Massey Hall, as well

21  as performing at the Juno Awards, MuchMusic Video Awards and the Grey Cup,

22  the championship game of the Canadian Football League.

23      3.      In 2016, I, along with some of the core members of Down With

24  Webster, formed a new band called Honors, for which I was also the bandleader,

25  songwriter and producer.  Honors' song *Over* was the Number 1 Global Viral Track

26  on Spotify in January 2017, and it charted on the US Alternative Radio charts.

27  Honors was courted by multiple major record labels and, after receiving multiple

28

DECLARATION OF TYLER ARMES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

offers, it signed with PRMD, the label helmed by Ash Pournouri, who is best known for managing the late artist Avicci.

4.    In addition, I personally have a music publishing deal with Warner Chappell Music, and my music has appeared in campaigns for Panasonic, Major League Baseball, TBS, Fox and *The Voice* on NBC.  As a songwriter and producer, I have collaborated with some of the top writers and producers in the music industry, including Murda Beatz, Bonnie Mckee, Jeff Gitty, Justin Tranter, Jesse Saint John and Timbaland. I also co-wrote and produced a song on Lil Baby's Number 1 charting album *My Turn*, released on February 28, 2020 which is a 4x Platinum Album.

5.    In approximately 2017, I was approached by a talent manager in the music industry named Dre London ("London"), who is best known for managing Post.  London expressed interest in managing both me personally and my band Honors.  In addition, on a number of occasions, London suggested that I should get in the studio with Post to collaborate with him in writing a song.

6.    London invited me to attend a private concert at which Post was performing for a marijuana company in Toronto, Canada on August 6, 2018. Following that concert, London informed me that the following evening, he and Post would be attending a show by a band Post admired called Black Label Society at a club in Toronto.  London invited me to attend the show with them and I agreed. The following evening, August 7, 2018, London directed me to meet him at a back entrance to the club where Black Label Society was performing, and we watched the show from the side of the stage.  After the show, I was invited into the green room backstage with Post and London to meet the band.

7.    While I was in the green room backstage with Post and London following the Black Label Society show in Toronto on August 7, 2018, London invited me to go to a music studio with Post and London immediately afterwards to write music with Post and Dukes, and I agreed.  London then informed Post that I

3

was "an awesome musician" and that I was going back to the studio to work with him, and Post responded to me, "Awesome, man, let's write a tune, awesome, fuck yeah," and other words to that effect.

8.      Prior August 7, 2018, although I was acquainted with Post, I did not know him well and did not consider him to be a friend.  I did not know Dukes prior to August 7, 2018, and to the best of my recollection, I had never met him before that date.

9.      We left the club following the performance by Black Label Society at approximately 2:00 a.m. in the morning of August 8, 2018, and I was driven to the studio, which was only a few minutes away from the club, in a car with Post, Dukes, London and another of Post's managers, Austin Rosen.

10.     When we arrived at the studio on August 8, 2018, Post, Dukes and other individuals who I understood were part of Post's entourage went into the "live room," where Post, Dukes and I started jamming and playing music together. Shortly thereafter, Post, Dukes and I got down to the business of songwriting, and the other individuals present left the room, leaving me, Post and Dukes alone where the three (3) of us worked together, starting from scratch, to co-write the music for the composition entitled "Circles" until approximately 9:00 a.m. that morning.

11.     Attached hereto as Exhibit 1 is a true and correct copy of a voice memo recording I made on my phone at the end of the songwriting session with Post and Dukes on August 8, 2018, that captures the playback of a recording made of the underlying music jointly composed by Post, Dukes and myself for "Circles" on August 8, 2018, and which reflects the combined contributions of Post, Dukes and myself to the creation of the composition of "Circles."

12.     Attached hereto as Exhibit 2 is a true and correct copy of the commercially released version of "Circles." Although the lyrics to "Circles" had not yet been written (though the key word "circles" which became the title of the song was in the recording captured of our composition that night), the underlying

4

melodic/harmonic and rhythmic music recorded in Exhibit 1 is virtually note-for-note identical to the music in the commercially released version of "Circles" attached hereto as Exhibit 2.

13.    Prior to August 8, 2018, none of the "Circles" composition had been written, and we started with a completely blank slate. When we composed the music for "Circles" together, we started with Post playing the drums and myself on bass to create the underlying drumbeat/groove in the song. Post was originally playing a faster tempo on the drums, and I directed him slow it down so it would groove better, as I believed the faster tempo that Post initially played was too rushed.  Dukes and I co-wrote and added to the additional bassline and chord progression, with Dukes and I alternatively working on both a bass guitar and a keyboard to create the bassline and chord progression in the song. My contributions to the bassline include the composition and arrangement of a 1-4-5 chord progression using the notes C, F to G on the bass guitar, which appears on the commercially released version of the song "Circles." The bassline I co-wrote with Dukes for "Circles" can first be heard beginning at the 5 second mark in Exhibit 1 (the voice memo recording), and beginning at the 16 second mark in Exhibit 2 (the commercially released version of "Circles") and it repeats throughout the song.

14.    There are two guitar parts in the "Circles" composition, and I co-wrote both parts.  The first is a guitar melody that is played by the lead guitar in the introduction of "Circles," and which repeats throughout the song.  Post and I co-wrote the guitar melody that plays in the introduction of "Circles" with Post on the guitar and me sitting next to him verbally singing the second half of the melody and cadence out loud, giving Post direction as to exactly which notes to play. The cadence and turnaround phrasing that concludes the guitar melody which appears in both the voice memo recording (Ex. 1) and the commercially released version of "Circles" was a direct result of my contributions to the authorship of the guitar melody. The guitar melody first appears at the 1.5 second mark in Exhibit 1 (the

5

voice memo recording), appears again in its entirety at the 37 second mark in Exhibit 1, and it repeats throughout the song.  The guitar melody first appears at the 2 second mark in Exhibit 2 (the commercially released version of "Circles"), repeats with Post's voice mirroring the guitar melody at starting at the 18 second mark and repeats in every chorus thereafter.   I also co-wrote the guitar chords, including the parts in the song where the F major chord changes to an F minor chord, which first appears starting at the 20 second mark in Exhibit 1, and at the 0 second mark in Exhibit 2.

15.    The bassline, guitar melody and chord progression in the song "Circles" which I co-wrote repeat in an 8 bar loop that has elements added and subtracted to them depending on whether these elements are repeated in the chorus or the verses of the song.

16.    The song co-written by Post, Dukes and I was recorded to Dukes's laptop on August 8, 2018.  During the recording process, Post, Dukes and I discussed and mutually agreed on which takes of the song should be included in the recording.  We discussed and agreed that the song sounded better stripped down to just bass, guitar and drums as the prominent sounds, without a lead keyboard in the foreground. This helped shape the sound of an organic band - which was derived from the approach of all of us playing on live instruments to start the process that night. This was a totally new sound and style for Post, who previously recorded most of his music using pre-recorded beats or "rap tracks" on a computer.  I also directed the bass to be played using a pick as opposed to fingers when the song was recorded.  It was my idea, and Post and Dukes agreed, that both the vocals and guitar should have a large amount of reverb on them. My contributions to the composition of "Circles" in this regard are reflected both in Exhibit 1 – the voice memo I recorded of Dukes playing back the recording of the song on his laptop, and Exhibit 2 – the commercially released version of "Circles."

17.    After the composition of the final version of the music for "Circles" had been completed and recorded to Dukes's laptop on August 8, 2018, Dukes played back the recording of our composition, and I recorded what was played to the voice memo attached hereto as Exhibit 1.  After the song ended, Post, Dukes and I can be heard celebrating the song we had just created.  Dukes's voice can be heard in the recording exclaiming, "***It's so fucking good! It's a whole new sound man.***  Post can also be heard saying, "***It's super special," and "that's gonna be the next … we're just gonna, for the next album we're just gonna use a fuck load of reverb.***," Dukes is also heard stating, "***this kind of track would be insane to play live***."

18.    Attached hereto as Exhibit 3 is a true and correct copy of a text message I sent to two (2) of my bandmates in Down With Webster and Honors, Marty Martino and Pat Gillett, at 5:13 a.m. on August 8, 2018, memorializing the fact that I was in the studio with Post and Dukes on that date co-writing a song with them.  I sent the message because I was scheduled to meet with them later that morning to work on music with them and I wanted to alert them to the fact that I would not be able to meet as scheduled since I had been working in the studio all night with Post and Dukes writing a song for Post.

19.    On August 5, 2019, London posted a snippet of the song "Circles" on Instagram, and announced that Post would premier the song live that night during his Bud Light Dive Bar Tour show in New York City.  "Circles" was released commercially on  August 30, 2019, and was included on Post's album entitled *Hollywood's Bleeding* which was released in its entirety on September 6, 2019.  As detailed in the accompanying Declaration of Judith Finell, the music on the commercially released version of "Circles" (Ex. 2) is virtually identical to the song composed by Post, Dukes and me on August 8, 2018, which is captured on the voice memo recording attached hereto as Exhibit 1.

20.     When London posted the snippet of "Circles" and announced that it would be premiered live by Post on August 5, 2019, I immediately contacted London and sent him the following text message, a true and correct copy of which is attached hereto as Exhibit 4:

> *Dre, I need you to ask Post about this please….*
>
> *Post asked me to write with them and jam and we did for well over an hour in the live recording room coming up with the jam that lead into the recording of circles.*
>
> *I was there until long after the sun came up with them in the main room working on the song and playing different instruments and contributing to ideas from start to finish.*
>
> *Specifically the bass and guitar parts, post ended up tracking them after I was playing. I was beside him giving input on both of them. I was not just someone hanging out in the room, I'm a writer/producer in the room with two other writer/producers working on a song.*
>
> *I have never asked for anything I don't deserve. I've been in 100 studio sessions with Lou while he was working at EF with different artists, I know when I am just hanging out.  This was much different.*
>
> *I was part of the writing process. The entire song (minus the lyrics other than "circles") was laid down that night with the 3 of us in the room together, working together.*
>
> *… Please speak to post. I'll have Cory my manager hit up frank's manager. Thanks brother, excited for the song.*

21.     On August 9, 2019, London responded to my text message: "***Just showed Posty the message*** [¶] ***He said he remembers*** [¶] ***U played a tune on the bass then he played more of it after***".  Since London is Post's representative and manager, I understood London's message to be an acknowledgment on behalf of Post that I co-wrote the song.   Notwithstanding the foregoing, to date, Defendants

DECLARATION OF TYLER ARMES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

1    have refused to credit me as a co-writer of "Circles" and have refused to pay me
2    any share of the publishing royalties for the song.

3        22.    On November 15, 2019, a copyright registration for the composition of
4    "Circles" was filed on my behalf, identifying Post, Dukes and me as co-writers of
5    the music (composition) of "Circles".  A true and correct copy of said copyright
6    registration is attached hereto as Exhibit 5.

7        23.    After "Circles" was commercially released in August 2019, it debuted
8    at Number 7, reached Number 1 on the US Billboard Hot 100 for the week of
9    November 30, 2019, where it remained for three (3) non-consecutive weeks, and it
10   remained in the top 5 songs on Billboard for months thereafter, broke records for
11   the most consecutive weeks in Billboard's top 10 and remained on Billboard's Hot
12   100 charts for 60 consecutive weeks.  The song received critical praise, with
13   Billboard naming it the seventh (7th) best song of 2019, and describing it as
14   consisting of a "bouncy, melancholy" melody alongside a "gentle acoustic groove,"
15   and as being "backed by sunny acoustic guitars, swirling percussion and infectious
16   melodies" with a "funky feel".  "Circles" is by far one of the most commercially
17   successful songs released by Post to date.

18       24.    Indeed, "Circles" is a dramatic departure from the music previously
19   released commercially by Post.  Prior to "Circles," Post's music was comprised
20   mainly of him rapping or singing over pre-recorded beats or "rap track" on a
21   computer.  In contrast, the music for "Circles" is performed with live instruments
22   (*i.e.*, guitar, bass and live drums).  "Circles" is the first major release by Post not to
23   appear on any hip-hop charts.  Attached hereto as Exhibit 6 is a copy of a review
24   which appeared in a December 5, 2019 article for Slate entitled, "Post Malone
25   Might Finally Be Getting His Wish to Escape Hip Hop," which observes that unlike
26   Post's prior music, "***the melody is sparkling, with prominent guitar arpeggios and***
27   ***a wistful sigh of a chorus that, dare I say it, soars. Post Malone has never been***
28   ***about the soar.***"

25.    It was myself, Post and Dukes's formation as a live band that night, playing together in the live studio room that led us to create the composition "Circles." The choices we made together over the course of the night/morning would create a new sound that stood out as a very special recording for Post - as can be heard on my voice memo recording (Ex. 1). We started the night with a blank canvas and through our collaboration over many hours, we created the music heard note for note on both the voice memo recording (Ex. 1) and the commercially released version of "Circles" (Ex. 2). Without my direct involvement that night, this song would not have been written. It was a collaborative effort from start to finish that all parties were extremely proud and excited about.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 14th day of March, 2022, at Venice, California.

_____
TYLER ARMES

DECLARATION OF TYLER ARMES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 1

Armes Declaration Exhibit 1 –

August 8, 2018 Voice Memo Recording with Armes, Post and Dukes

(Audio File on Flash Drive)

# EXHIBIT 2

Armes Declaration Exhibit 2 –

Commercially Released Version of "Circles"


(Audio File on Flash Drive)

# EXHIBIT 3

5:05

Q Frank dukes                                    ⊗    Cancel

**Tyler Cell**
Yep  9:41 PM

Aug 8, 2018

**Tyler Cell**
In frank dukes studio with post writing a
song from scratch just us 3. Very dope.
We have Shaun's studio from AM until
3/4 pm now so we could do some work
there. I might not get home till 8 am I
have no clue when this is wrapping but
fuck yes.                                    5:13 AM

**Marty cell**
That's awesome dude!  8:47 AM

**Pat cell**
Whoa crazy! I'm at Jazminn's heading
over soon.                                   9:57 AM

Marty ty and I are gonna make some
notes here today. And tomorrow we can
get together work/call with abir  2:50 PM

**Marty cell**
Sounds good  2:50 PM

What we making notes on? All the
songs? Don't we still have to pick which
ones we wanna have on ep then start
working?                                     3:51 PM

**Tyler Cell**

∧    ∨              1 of 2 matches



# EXHIBIT 4

 Search **.ull LTE          3:02 PM          ◀ 100% ⊡ ⚡



DL

Dre ›

Dre, I need you to ask post about this please, if this is what frank is saying happened because this is absolutely not the case.

Post asked me to write with them and jam and we did for well over an hour in the the live recording room coming up with the jam that lead into the recording of circles.

I was there until long after the sun came up with them in the main room working on the song and playing different instruments and contributing to ideas from start to finish.

Specifically the bass and guitar parts, post ended up tracking them after I was playing. I was beside him giving input on both of them. I was not just

    iMessage  





Dre

of them. I was not just someone hanging out in the room, I'm a writer/ producer in a room with 2 other writer/ producers working on a song.

I have never asked for anything I don't deserve. I've been in 100 studio sessions with Lou while he was working at EF with different artists, I know when I am just hanging out. This was much different.

I was part of the writing process. The entire song (minus the lyrics other than "circles) was laid down that night with the 3 of us in the room together, working together.

Trying to just be fair here. Not asking for much. Would just like credit and minimal pub. Please speak to post. I'll have

iMessage





Dre ›

I was part of the writing process. The entire song (minus the lyrics other than "circles) was laid down that night with the 3 of us in the room together, working together.

Trying to just be fair here. Not asking for much. Would just like credit and minimal pub. Please speak to post. I'll have Cory, my manager hit up frank's manager. Thanks brother. Excited for the song

Fri, Aug 9, 5:33 PM

Just showed Posty message

He said he remembers

U played a tune on the bass then he played more of it after

Told u I would find out





iMessage



# EXHIBIT 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**SR 860-757**

**Effective Date of Registration:**
November 15, 2019
**Registration Decision Date:**
January 10, 2020

## Title
_____

Title of Work: Circles

## Completion/Publication
_____

Year of Completion: 2018
Date of 1st Publication: August 30, 2019
Nation of 1st Publication: United States
International Standard Number: ISRC USUM71915699

## Author
_____

- Author: Tyler Armes
  Author Created: sound recording, music and production
  Citizen of: Canada
  Domiciled in: Canada
  Year Born: 1985

- Author: Austin R. Post
  Author Created: sound recording, music and lyrics
  Work made for hire: No
  Citizen of: United States
  Domiciled in: United States
  Year Born: 1995

- Author: Adam K. Feeney
  Author Created: sound recording, music and production
  Citizen of: Canada
  Domiciled in: Canada
  Year Born: 1983

## Copyright Claimant
_____

Copyright Claimant: Tyler Armes
43 Hambly Ave, Toronto, ON, M4E 2R5, Canada

Page 1 of 2

**Rights and Permissions** _____

|              |                      |
| ------------ | -------------------- |
| **Name:**    | Tyler Armes          |
| **Email:**   | tylerarmes@gmail.com |
| **Telephone:** | (310)895-3121      |
| **Alt. Telephone:** | (646)556-5574 |

**Certification** _____

|            |                   |
| ---------- | ----------------- |
| **Name:**  | Tyler Armes       |
| **Date:**  | November 15, 2019 |

Page 2 of 2

# EXHIBIT 6

Why Post Malone's "Circles" Is No. 1 on the Billboard Hot 100

# SLATE

A CHECK-IN WITH STRAY DEADBEATS

> MUSIC

## Post Malone Might Finally Be Getting His Wish to Escape Hip-Hop

On his latest No. 1, the singer shows why he might just be our era's most defining star.

BY CHRIS MOLANPHY

DEC 05, 2019 • 3:26 PM



Post Malone in Atlanta in February. Photo illustration by Slate. Photo by Kevin Winter/Getty Images for Bud Light Super Bowl Music Fest.

With less than a month to go in the 2010s, the decade that has utterly confounded our understanding of what genre even means in popular music, perhaps it's appropriate that genre-obliterator Post Malone has the top song in America. He's No. 1 again on the Hot 100 —but the most telling detail is the chart the song is *not* on: Billboard's Hot R&B/Hip-Hop

Case 2:20-cv-03212-ODW-SK    Document 84-3    Filed 03/14/22    Page 27 of 30    Page ID #:1295

Songs chart. Post, and the industry, has finally gotten the memo that he is a center-of-the-bull's-eye pop star. Maybe he always was.

The latest evidence comes in the form of the breezy, bubbly "Circles," which topped the Hot 100 just before Thanksgiving and is now in its second week on top. Though its lyrics echo the downbeat themes of Post's earlier hits, lamenting how a "love went cold" between a couple who is "running in circles," the melody is sparkling, with prominent guitar arpeggios and a wistful sigh of a chorus that, dare I say it, soars. Post Malone has never been about the soar. That's a word we used to describe electro-pop songs nine long years ago—the era of "Dynamite" and "Party Rock Anthem" and "Teenage Dream." (Props to the Singles Jukebox's Oliver Maier for correctly labeling "Circles" as "the best Katy Perry song of 2019.")

"Circles" has been a fairly omnipresent hit all fall, strong in all of the Hot 100 chart metrics—it reached the runner-up slot in streaming back in September, got as high as second place at radio in late November, and is currently the top-selling digital song, all of which eventually propelled it to No. 1 on the big chart. It's the fourth Hot 100 chart topper in just over two years for the 24-year-old born Austin Richard Post. But even that statistic understates the depth of his late '10s success. Post has racked up more than two dozen Top 40 hits in just four years. Even if we exclude his deep cuts—when his last two albums dropped, every track on them made momentary Hot 100 appearances due to streaming—he has still generated more than a dozen actively promoted Top 20 hits, more than half of them Top 5 hits. Post is now a guaranteed-enough hit-maker that, this fall, none other than *Ozzy Osbourne* scored his first Top 10 hit in three decades just by teaming up with him. (By the way, that Post-Ozzy team up, "Take What You Want," is now being fed to radio, too.) If Post Malone is far from the most critically appreciated music star of our time, he is possibly the most definitive of his era—less a trendsetter than a remarkably well-tuned Geiger counter for what travels on America's airwaves.

"Circles" continues this anything-for-a-hit ethos. I have been on record in this Slate No. 1 hits series finding Post's music woozily alluring but his hip-hop appropriation shtick craven. But even I have to cop to two things here. First, Post has read the zeitgeist and gotten ahead of pop's move back to the center after a half-decade of SoundCloud-style bummer rap. Second, "Circles" is a really strong pop song. Mind you, both of these achievements may be due to the company Post keeps. From early in his recording career, he has allied himself with savvy and accomplished songsmiths, a couple of whom—Louis Bell and Frank Dukes—polished this track into the infectious earworm it is. But after two solid years in which scarcely a week has gone by without one or often multiple Post Malone songs in the Top 10, I have to credit the guy for his survival skills. Like a bacterium, he mutates to survive.

Case 2:20-cv-03212-ODW-SK    Document 84-3   Filed 03/14/22   Page 28 of 30   Page
ID #:1296

Here's the story so far. Post first topped the Hot 100 in the fall of 2017 with "Rockstar,"
which refined the template he inaugurated with his 2015 debut single "White Iverson" and
was, until fairly recently, Post's calling card: glum, trap-adjacent downers from an
intermittently guitar-playing white dude. This Post subspecies persisted on his slightly
brighter, marginally more up tempo No. 1 "Psycho" in the spring of 2018. Notably, in the post-
Drake era where most rap is sung, Post's hits were classified by the music industry as "rap"
and charted accordingly. Billboard tracked them not only on the Hot 100 but on its genre
charts Hot R&B/Hip-Hop Songs and Hot Rap Songs (which in the digital era are both
basically just mini–Hot 100s; more on that momentarily). Both "Rockstar" and "Psycho" also
included featured performances by established rappers—the former supported by
21 Savage, the latter by Ty Dolla Sign. This boosted both their hip-hop bona fides and their
chart success at the peak moment in 2017–18 for downbeat trap anthems. Both hits,
especially "Psycho," turned Post from a left-field rap figure to an improbable pop star,
making him a fixture on Top 40 radio, and follow-up hits like "Better Now" extended his
melancholy dudebro brand.

Then, as 2018 flipped to 2019, Post scored his third No. 1, again teaming him with an
established rapper—but it edged him closer to pure pop. "Sunflower," co-credited to Post
Malone and Swae Lee (of Rae Sremmurd fame), was not only on the soundtrack to last
year's Oscar-winning *Spider-Man: Into the Spider-Verse*, it was the animated blockbuster's
signature song, recurring throughout the movie and even helping to propel the plot. As a
song designed to play repeatedly in a popcorn flick, "Sunflower" had to be superaccessible,
and it was: lightly thumping and brightly sung by both Post and Swae, neither of whom—
even Swae—was really rapping. In January, "Sunflower" snuck into the Hot 100's top spot
for a single week, sandwiched between longer runs for Halsey's "Without Me" and Ariana
Grande's "7 Rings." ("Sunflower's" lone frame on top is why your loyal No. 1 hits columnist
was unable to find time to chronicle it for this series. We at Slate … *mildly* regret this
omission.)

While this chart-topping interruption by Post/Swae seemed at the time like the Hot 100
reverting to its late-'10s mode of male-centric hip-hop, really "Sunflower" had a lot more in
common with Grande's and especially Halsey's hits. It was, to date, the most unabashedly
poppy Post Malone hit, and it even shared a producer and co-songwriter with "Without Me."
Both songs were the handiwork of studio wizard Louis Bell, whom Billboard has called "this
generation's answer to Max Martin." Bell broke in the mid-'10s with brooding hits by DJ
Snake with Justin Bieber and, soon after, Post Malone with Quavo—his first of many Post
tracks—but Bell later proved himself multifaceted and adaptable. By 2018, in addition to
Halsey, Bell was working with pure-pop acts like 5 Seconds of Summer ("Youngblood") and

the Jonas Brothers. When the Jonases' irresistible confection "Sucker" hit No. 1 hit in March of this year, it gave producer-songwriter Louis Bell three No. 1 hits in the first three months of the year, following "Without Me" and "Sunflower." For Post Malone in particular, what this meant was he was paired with a shrewd producer who was getting him on the right bandwagon—Post was on trend with the Top 40's swing back toward centrist pop.

Here's the twist. Though "Sunflower" had tangential-at-best connections to either R&B or hip-hop—even with Swae Lee's presence—Billboard continued to dutifully chart Post on its R&B/Hip-Hop chart, as it had for all of his prior radio hits, from "White Iverson" through "Better Now." In fact, "Sunflower" spent 11 weeks on top of the R&B/Hip-Hop chart from January through March, which is only remarkable (and dubious) because "Sunflower" had minimal airplay on rap radio. Unlike about a half-dozen prior Post hits, it never amassed enough spins at urban stations to appear on even the lowest rungs of Billboard's radio-only R&B/Hip-Hop Airplay chart. That's an important detail, because acceptance on certain radio stations is one of the few objective benchmarks Billboard can still rely on to decide which hits belong in which genre buckets. And the magazine, as you may have heard, has gotten itself in some hot water lately with the subjectivity of its genre classifications: Witness the "Old Town Road" imbroglio.

As I noted when that Lil Nas X hit was notoriously yanked from Hot Country Songs, the core issue is baked into Billboard's all-or-nothing genre charts methodology. Since 2012, Billboard has built these charts (e.g., Hot R&B/ Hip-Hop Songs, Hot Country Songs, Hot Latin Songs, Hot Rap Songs) using the same data used for the Hot 100 (digital sales and streams from *all* users, and radio airplay from *all* current hits formats) and simply limits the songs to the tracks Billboard has determined appropriate for that chart. In other words, the modern Hot R&B/Hip-Hop Songs chart doesn't focus on a black or hip-hop–oriented audience anymore (and hasn't for seven years).

I needn't get on my soapbox again about why I find fault with this system. What *is* useful for our Post Malone discussion is that Billboard's genre chart methodology is an accidentally convenient way to determine when the music industry changed its mind about what genre, if any, he belongs in. Ideally, this determination should be made on a song-by-song basis, and to be fair to Billboard's chart managers, that is essentially what they do—although Post probably should have been ejected from R&B/Hip-Hop Songs sooner. Arguably neither "Sunflower" nor "Goodbyes," neither of which registered at urban radio, belonged on R&B/Hip-Hop Songs. Whereas the contemporaneous hit "Wow," with serious rap cadence and a trap thump, peaked at a respectable No. 12 on the radio-only R&B/Hip-Hop Airplay chart and hence made more sense for inclusion on the main R&B/Hip-Hop chart.

3/14/22, 10:03 AM        Post Malone and "Circles": How the Billboard charts killed hip-hop.
Case 2:20-cv-03212-ODW-SK    Document 84-3    Filed 03/14/22    Page 30 of 30    Page
ID #:1298

This, finally, brings us back to "Circles." As far as Billboard and the industry are concerned, its genus is pop. It's the first major Post Malone single not to appear on any hip-hop–specific charts at all and is currently being tracked mostly on Billboard lists that accept multiple genres. That includes not only the Hot 100 but the Adult Contemporary chart (!) as well as the rock radio–driven Alternative Songs chart. "Circles" isn't a huge hit in either of those formats—a No. 22 peak at Adult Contemporary, No. 31 at Alternative—but merely appearing on these charts is remarkable. Most telling of all is the song's absence from R&B/Hip-Hop Songs—Billboard determined they couldn't grandfather in "Circles" based on prior hits, the way it did "Sunflower" and "Goodbyes."

Will the success of "Circles" mark a new phase for Post Malone? The fact that the Ozzy Osbourne duet is getting a push—Ozzy and Post performed it together at the American Music Awards in late November—suggests that Post, a lifelong rock fan, may finally get his long-stated wish to escape hip-hop entirely. Industry-ites have been wondering aloud since at least 2018 why Post wasn't promoted to rock stations in the first place. Five years ago, in a piece for this series about "Shake It Off," Taylor Swift's self-declared first official, fully pop single, I wrote, "Maybe decades from now, some of us with short memories will look back on her insanely successful career and half-forget she was ever a country star." Depending on where Post Malone goes from here, his four-year dalliance with rap might one day seem like similarly ancient history. ◢



**SLATE**GROUP

Slate is published by The Slate Group, a Graham Holdings Company.

All contents © 2022 The Slate Group LLC. All rights reserved.