# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-03212-ODW(SKx) | | Date | April 11, 2022 |
|---|---|---|---|---|
| Title | Tyler Armes v. Austin Richard Post et al | | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | | COURT SMART |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Allison S Hart-zoom | | Christine Lepera - zoom |

**Proceedings:**       Motion for Summary Judgment[82]

Case called, appearances made by video.  The Court and counsel confer as stated on the record.

The Court heard oral arguments of counsel. Plaintiff's counsel shall have until April 18, 2022 to file an opposition to the motion in limine[88].

The matter stands submitted. A written order will issue.

|  | : | 33 |
|---|---|---|
| Initials of Preparer | | se |