ALLISON S. HART (BAR NO. 190409)
*ahart@lavelysinger.com*
KELSEY J. LEEKER (BAR NO. 313437)
*kleeker@lavelysinger.com*
LAVELY & SINGER
PROFESSIONAL CORPORATION
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone:   (310) 556-3501
Facsimile:    (310) 556-3615

Attorneys for Plaintiff and Consolidated
Defendant TYLER ARMES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| TYLER ARMES,<br><br>             Plaintiff,<br><br>      v.<br><br>AUSTIN RICHARD POST, publicly known as POST MALONE, an individual; ADAM KING FEENEY, publicly known as FRANK DUKES, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; DOES 1 through 10, inclusive,<br><br>             Defendants. | CASE NO. 2:20-cv-03212-ODW(SKx)<br>*Consolidated with 2:20-cv-10205*<br><br>[Hon. Otis D. Wright, II – Crtrm 5D]<br><br>**JOINT STATEMENT OF THE CASE**<br><br>Pre-Trial Conference:<br>April 25, 2022 at 1:30 p.m.<br><br>Hearing on Motions *In Limine*:<br>May 9, 2022 at 1:30 p.m.<br><br>Trial: TBD<br><br>Filed:       April 7, 2020 |

**JOINT STATEMENT OF THE CASE**

Despite their efforts, the parties were not able to agree on a Joint Statement of the Case that was acceptable to all parties.  Accordingly, Plaintiff and Defendants are each submitting a proposed statement of the case below.

**PLAINTIFF'S STATEMENT OF THE CASE**

The Plaintiff in this action is Tyler Armes ("Armes").  The Defendants in this action are Austin Richard Post p/k/a Post Malone ("Post") and Adam King Feeney p/k/a Frank Dukes ("Dukes").  In 2019, Post commercially released the song known as "Circles."  Armes claims that on August 8, 2018, he and Post and Dukes co-authored a musical composition on which the song "Circles" is based.

This trial concerns whether Armes has any authorship or ownership interests in the musical composition created on August 8, 2018.

**DEFENDANTS' STATEMENT OF THE CASE**

The Plaintiff in this action is Tyler Armes ("Armes").  The Defendants in this action are Austin Richard Post p/k/a Post Malone ("Post") and Adam King Feeney p/k/a Frank Dukes ("Dukes").  In 2019, Post commercially released the song known as "Circles."  In April 2020, Armes filed this lawsuit, and claimed that he was a co-author and co-owner of the commercially released "Circles" musical composition (the "Circles Composition") and the sound recording of the Circles Composition (the "Circles Recording").  Post also filed a lawsuit against Armes, which claimed that Armes was not a co-author and co-owner of the Circles Composition.  This Court has already determined that Armes has no claim to ownership or authorship in the Circles Composition or the Circles Recording.

This trial thus concerns whether Armes has or can have any authorship or ownership interests in rough, unfinished musical material created by Defendants

solely for use in the commercially released Circles Composition during a session also attended by Armes on August 8, 2018.


Dated:  April 20, 2022                    ALLISON S. HART
                                          KELSEY J. LEEKER
                                          LAVELY & SINGER
                                          PROFESSIONAL CORPORATION

                                          By: /s/ Allison S. Hart
                                               ALLISON S. HART
                                          Attorneys for Plaintiff and Consolidated
                                          Defendant TYLER ARMES


Dated:  April 20, 2022                    MITCHELL SILBERBERG & KNUPP LLP
                                          DAVID A. STEINBERG
                                          CHRISTINE LEPERA
                                          JEFFREY M. MOVIT
                                          GABRIELLA N. ISMAJ

                                          By: /s/ David A. Steinberg
                                               DAVID A. STEINBERG
                                          Attorneys for Defendants AUSTIN
                                          RICHARD POST, professionally known
                                          as POST MALONE, and ADAM KING
                                          FEENEY, professionally known as
                                          FRANK DUKES

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 20, 2022

                                          /s/ Allison S. Hart
                                          ALLISON S. HART