UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | Lead Case: 2:20-cv-03212-ODW (PJWx) Consol: 2:20-cv-10205-ODW (SKx) | Date | April 25, 2022 |
|---|---|---|---|
| Title | *Tyler Armes v. Austin Richard Post et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

Jury trial of this matter is **CONTINUED** to **August 23, 2022 at 9:00 a.m.**

Defendants are **ORDERED** to file a supplemental brief regarding the legal implications of the possibility that the Session Composition was a mere draft, to be received by the Court no later than **May 16, 2022**. Plaintiff's opposition brief is due no later than **May 30, 2022**. Briefs shall be limited to **twelve (12) pages**. The Court is familiar with the facts; the parties should move directly into their legal arguments.

The hearing on the motions in limine, and on the issue to be discussed in the supplemental briefing, is **CONTINUED** to **July 11, 2022 at 1:30 p.m.**

**IT IS SO ORDERED**.

                                                                                :     00
                                                        Initials of Preparer    SE