UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-03212-ODW(SKx) | Date | July 11, 2022 |
|---|---|---|---|
| Title | Tyler Armes v. Austin Richard Post et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | COURT SMART |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Allison S Hart- ZOOM | Christine Lepera- ZOOM |

**Proceedings:**   **MOTIONS IN LIMINE [88][108]**

Case called, zoom appearances made. The Court and counsel confer as stated on the record.

Defendants have withdrawn MIL #1, and accordingly it is **DENIED AS MOOT**. (**ECF No. 88.**)

MIL #2 is **GRANTED IN PART and DENIED IN PART. (ECF No. 108**.) Specifically, the Court rules as follows:
- Evidence of Defendants' wealth or financial condition is excluded.
- Reference to unrelated legal disputes is excluded.
- Communications relating to settlement of this case are excluded.
- Reference to drug and alcohol use will generally be excluded unless related to a witness's ability to observe and recall events.
- Reference to the commercial success of *Circles* is <u>not</u> excluded.

With regard to the "draft" issue raised by Defendants, the Court **AFFIRMS** its prior ruling on Defendants' Motion for Summary Judgment, finding no error of fact or law therein.

The Defendants requested to amend the exhibit list and add a newly obtained document from the Copyright Office is **GRANTED**. The parties may add the document to their exhibit list. The parties shall file an amended exhibit list no later than **July 25, 2022**

Finally, the Court encouraged the parties to continue to work on the disputed jury instructions. Revised jury instructions, if any, shall be filed no later than **August 8, 2022**.

|  | : | 16 |
|---|---|---|
|  | Initials of Preparer | se |