DAVID A. STEINBERG (SBN 130593)
  das@msk.com
GABRIELLA N. ISMAJ (SBN 301594)
  gan@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

CHRISTINE LEPERA (*pro hac vice*)
  ctl@msk.com
JEFFREY M. MOVIT (*pro hac vice*)
  jmm@msk.com
437 Madison Avenue, 25th Floor
New York, New York 10022
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

*Attorneys for Defendants*
*Austin Richard Post p/k/a Post Malone*
*Adam King Feeney p/k/a Frank Dukes*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TYLER ARMES,<br><br>    Plaintiff<br><br>  v.<br><br>AUSTIN RICHARD POST, publicly known as POST MALONE, an individual; ADAM KING FEENEY publicly known as FRANK DUKES, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; DOES 1 through 10, inclusive,<br><br>    Defendants | Case No. 2:20-cv-03212 ODW (SKx)<br>*Consolidated with 2:20-cv-10205*<br><br>Hon. Otis D. Wright II<br><br>**DECLARATION OF COUNSEL CONFIRMING DEFENDANT AUSTIN RICHARD POST P/K/A POST MALONE'S ATTENDANCE AT TRIAL**<br><br>Filed:   April 7, 2020<br>Trial:    October 11, 2022 |

**DECLARATION OF COUNSEL CONFIRMING DEFENDANT AUSTIN RICHARD POST P/K/A POST MALONE'S ATTENDANCE AT TRIAL**

## DECLARATION OF DAVID A. STEINBERG

I, DAVID A. STEINBERG, the undersigned, hereby declare:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am, through my professional corporation, a partner in the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), counsel of record for Defendants Austin Richard Post p/k/a Post Malone ("Post") and Adam King Feeney p/k/a Frank Dukes ("Dukes," together with Post, "Defendants"). I know all of the following facts of my own personal knowledge and, if called and sworn as a witness, could and would testify competently thereto.

2. I submit this declaration in response to the Court's August 19, 2022 Minute Order in connection with Defendants' *Ex Parte* Application to Continue Trial to December 13, 2022 (the "Application").

3. Defendant Post was prepared to appear voluntarily on the original trial date of August 23, 2022, prior to the Court's Order continuing the trial to October 11, 2022. The only reason for his request to adjourn was because of his touring commitments.

4. Defendants had submitted Post's declaration on Application to make his commitment to appear and testify at trial clear. There was never meant to be to any ambiguity regarding his commitment, as he fully intends to appear to refute Plaintiff's claims.

5. MSK is authorized to accept a trial subpoena for appearance and testimony on behalf of Defendant Post at an adjourned trial commencing on December 13, 2022, assuming the Court is amenable to such adjournment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of August, 2022, at Los Angeles, California.

/s/ David A. Steinberg
David A. Steinberg