DAVID A. STEINBERG (SBN 130593)
  das@msk.com
GABRIELLA N. ISMAJ (SBN 301594)
  gan@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

CHRISTINE LEPERA (*pro hac vice*)
  ctl@msk.com
JEFFREY M. MOVIT (*pro hac vice*)
  jmm@msk.com
437 Madison Avenue, 25th Floor
New York, New York 10022
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

*Attorneys for Defendants*
*Austin Richard Post p/k/a Post Malone*
*Adam King Feeney p/k/a Frank Dukes*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TYLER ARMES,<br><br>          Plaintiff<br><br>     v.<br><br>AUSTIN RICHARD POST, publicly known as POST MALONE, an individual; ADAM KING FEENEY publicly known as FRANK DUKES, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; DOES 1 through 10, inclusive,<br><br>          Defendants | Case No. 2:20-cv-03212 ODW (SKx)<br>*Consolidated with 2:20-cv-10205*<br><br>Hon. Otis D. Wright II<br><br>**DECLARATION OF COUNSEL IN RESPONSE TO ORDER TO SHOW CAUSE (ECF 137)**<br><br>Filed:     April 7, 2020<br>Trial:      October 11, 2022 |

## DECLARATION OF DAVID A. STEINBERG

I, DAVID A. STEINBERG, the undersigned, hereby declare:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am, through my professional corporation, a partner in the law firm of Mitchell Silberberg & Knupp LLP, counsel of record for Defendants Austin Richard Post p/k/a Post Malone ("Post") and Adam King Feeney p/k/a Frank Dukes ("Dukes," together with Post, "Defendants"). I know all of the following facts of my own personal knowledge and, if called and sworn as a witness, could and would testify competently thereto.

2. Defendants submit this Declaration in response to the Court's August 24, 2022 Order to Show Cause (ECF 137; the "Order").

3. In filing the *ex parte* papers referred to in the Order, we believed in good faith that we were following the Court's procedure to seek express permission to file a supplemental submission. We asked the Court in the *ex parte* application for permission to file a supplemental submission, as we certainly had no intention to file a supplemental submission without an order of the Court granting permission for same. Our sole goal in filing the *ex parte* was to seek that permission. We certainly had no intent to file a reply brief without permission.

4. We filed the *ex parte* based upon a good faith belief that it was appropriate to seek permission from the Court to supplement the record to protect our clients' rights.

5. To that end, the *ex parte* consisted of a short Notice and Application in which we expressly requested permission to file a supplemental submission, and my non-substantive declaration which attached a separate proposed supplemental submission.

6. It was our intent in attaching the proposed supplemental submission solely to aid the Court in its review of the *ex parte*, so that the Court could determine whether it would be amenable to granting permission for it to be filed.

7. We did not intend to cause the Court any inconvenience and are mindful of the Court's admonitions in the Order.

8. For these reasons, we respectfully request that the Order to Show Cause be discharged without the issuance of any sanctions.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of August, 2022, at Los Angeles, California.

/s/ David A. Steinberg
David A. Steinberg

Mitchell Silberberg & Knupp LLP

3
**DECLARATION OF COUNSEL IN RESPONSE TO ORDER TO SHOW CAUSE**