```
 1  DAVID A. STEINBERG (SBN 130593)
       das@msk.com
 2  GABRIELLA N. ISMAJ (SBN 301594)
       gan@msk.com
 3  MITCHELL SILBERBERG & KNUPP LLP
    2049 Century Park East, 18th Floor
 4  Los Angeles, CA  90067-3120
    Telephone: (310) 312-2000
 5  Facsimile: (310) 312-3100

 6  CHRISTINE LEPERA (pro hac vice)
       ctl@msk.com
 7  JEFFREY M. MOVIT (pro hac vice)
       jmm@msk.com
 8  437 Madison Avenue, 25th Floor
    New York, New York 10022
 9  Telephone: (212) 509-3900
    Facsimile: (212) 509-7239
10
    Attorneys for Defendants
11  Austin Richard Post p/k/a Post Malone
    Adam King Feeney p/k/a Frank Dukes
12
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| TYLER ARMES, | Case No. 2:20-cv-03212 ODW (SKx) |
| --- | --- |
| Plaintiff | *Consolidated with 2:20-cv-10205* |
| v. | Hon. Otis D. Wright II |
| AUSTIN RICHARD POST, publicly known as POST MALONE, an individual; ADAM KING FEENEY publicly known as FRANK DUKES, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; DOES 1 through 10, inclusive, | **JOINT NOTICE REGARDING TRIAL AVAILABILITY**<br><br>Filed:   April 7, 2020<br>Trial:   TBD |
| Defendants | |

Mitchell Silberberg & Knupp LLP

15021884.1

**JOINT NOTICE REGARDING TRIAL AVAILABILITY**

Pursuant to the Court's Order dated December 9, 2022 (ECF 145), Plaintiff Tyler Armes ("Plaintiff") and Defendants Austin Richard Post ("Post") and Adam King Feeney ("Dukes," together with Post, "Defendants") jointly submit this Notice regarding their availability for trial in early 2023.  The parties have met and conferred and are available for trial on the following dates:

1. The week of March 6, 2023.
2. The week of March 20, 2023.
3. The week of June 26, 2023.

The parties are cognizant of the Court's clerk's prior statement in an email to counsel that, as of November 18, 2022, a trial date in March 2023 would not likely work for the Court.  The parties have provided the March dates above in the event that the Court's calendar has changed and it could now accommodate a trial during that time period.  It is the parties' understanding from their prior emails with the Court's clerk that the Court is available for trial in June 2023.

Defendants also wished to provide the Court with the following additional details regarding their scheduling conflicts in February-July 2023:

- **February 2023**:  Defendants are not available for trial due to pre-existing professional commitments of Defendants' counsel.
- **April and May 2023**:  Defendants are not available for trial due to pre-existing tour commitments of Defendant Post.
- **Early to Mid-June 2023**:  Defendants are not available for trial due to pre-existing medical family commitments of a Defendant.
- **July 2023**:  Defendants' counsel have a complex trial that is ordered to commence in July 2023 and may last into September 2023.

Due to the Court's instruction that the parties only provide the Court with potential trial dates in early 2023, the parties have only included their availability through July 2023 in this filing. The parties are prepared to provide additional proposed trial dates after September 2023 in the event that the Court would like them to do so. The parties thank the Court for its consideration of this matter.

Dated: December 16, 2022                    MITCHELL SILBERBERG & KNUPP LLP
                                            DAVID A. STEINBERG
                                            CHRISTINE LEPERA
                                            JEFFREY M. MOVIT
                                            GABRIELLA N. ISMAJ


                                            By:  /s/ Jeffrey M. Movit
                                                 Jeffrey M. Movit (*pro hac vice*)
                                                 Attorneys for Defendants

Dated: December 16, 2022                    ALLISON S. HART
                                            KELSEY J. LEEKER
                                            LAVELY & SINGER
                                            PROFESSIONAL CORPORATION



                                            By:  /s/ Allison S. Hart
                                                 Allison S. Hart
                                                 Attorneys for Plaintiff Tyler Armes


## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


                                            /s/ Jeffrey M. Movit
                                            Jeffrey M. Movit