DAVID A. STEINBERG (SBN 130593)
  das@msk.com
GABRIELLA N. ISMAJ (SBN 301594)
  gan@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

CHRISTINE LEPERA (*pro hac vice*)
  ctl@msk.com
JEFFREY M. MOVIT (*pro hac vice*)
  jmm@msk.com
437 Madison Avenue, 25th Floor
New York, New York 10022
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

*Attorneys for Defendants*
*Austin Richard Post p/k/a Post Malone*
*Adam King Feeney p/k/a Frank Dukes*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| TYLER ARMES,<br><br>        Plaintiff<br><br>    v.<br><br>AUSTIN RICHARD POST, publicly known as POST MALONE, an individual; ADAM KING FEENEY publicly known as FRANK DUKES, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; DOES 1 through 10, inclusive,<br><br>        Defendants | Case No. 2:20-cv-03212 ODW (SKx)<br>*Consolidated with 2:20-cv-10205*<br><br>Hon. Otis D. Wright II<br><br>**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**<br><br>Filed:      April 7, 2020<br>Trial:      March 21, 2023 |

Mitchell
Silberberg &
Knupp LLP

15248044.1

# AMENDED JOINT EXHIBIT LIST

Pursuant to L.R. 16-6 and the Court's Scheduling Order dated March 30, 2021 (Dkt. 49), the Parties submit the following Final Joint Exhibit List. Plaintiff's proposed exhibits are Joint Exhibit Nos. 1-20 and Defendants' proposed exhibits are Joint Exhibit Nos. 1001-1023.

| Joint Ex. # | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1. | Voice Memo Recording dated August 8, 2018 (Bates No. P000001) | | | | |
| 2. | Recording of Commercially released version of the song "Circles" | | | | |
| 3. | Text messages between Tyler Armes, Marty Martino and Pat Gillett dated August 8, 2018 (Bates Nos. P000002-P000003) | | | | |
| 4. | Text messages exchanged between Tyler Armes and Post Malone (Bates Nos. P000004-P000005) | | | | |
| 5. | Text messages exchanged between Tyler Armes and Frank Dukes (Bates Nos. P000006-P000009) | | | | |
| 6. | Text messages exchanged between Tyler Armes and Dre London (P000010- P000012) | | | | |

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

Mitchell Silberberg & Knupp LLP

15248044.1

| Joint Ex. # | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 7. | Text messages exchanged between Tyler Armes and Frank Dukes (Bates Nos. P000013-P000014) | | | | |
| 8. | Emails dated March 28, 2017 between Ryan Armes and Dre London (Bates Nos. P000016-P000017) | | | | |
| 9. | Emails dated May 10-15, 2017 between Ryan Armes and Dre London (Bates Nos. P000018-P000019) | | | | |
| 10. | Calendar invitation dated May 17, 2017 between Ryan Armes and Dre London (Bates No. P000020) | | | | |
| 11. | Emails dated June 30, 2017 between Ryan Armes and Dre London (Bates Nos. P000023) | | | | |
| 12. | Emails dated June 30, 2017 between Ryan Armes, Dre London and Vydia (Bates Nos. P000024-P000025) | | | | |
| 13. | Emails dated February 13-20, 2019 between Ryan Armes and Dre London (Bates Nos. P000026- P000028) | | | | |

Mitchell Silberberg & Knupp LLP

15248044.1

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

| Joint Ex. # | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 14. | Letter dated October 21, 2019 from William J. Briggs, II to Theo Sedlmayr and Jason Boyarski (Bates No. P000029-P000031) | | | | |
| 15. | Letter dated October 21, 2019 from William J. Briggs, II to Universal Music Publishing Group (Bates No. P000032-P000033) | | | | |
| 16. | Letter dated October 21, 2019 from William J. Briggs, II to SOCAN (Bates Nos. P000034-P000035) | | | | |
| 17. | Letter dated October 21, 2019 from William J. Briggs, II to Sony (Bates Nos. P000039-P000040) | | | | |
| 18. | Letter dated October 21, 2019 from William J. Briggs, II to BMI (Bates Nos. P000041-P000042) | | | | |
| 19. | Copyright registration for "Circles" (Bates Nos. P000050-P000051) | | | | |
| 20. | SOCAN list of titles authored by Tyler Armes (Bates No. P000053-P000081) | | | | |
| 1001. | Armes's Agreement with Warner-Tamerlane, dated January 1, 2020 [Armes Dep. Ex. 17, P000102-124] | | | | |

Mitchell Silberberg & Knupp LLP

15248044.1

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

| Joint Ex. # | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1002. | Certificate of Copyright Registration of "Circles" musical composition, dated December 9, 2019 [DEF000001-2] | | | | |
| 1003. | Certificate of Copyright Registration of *Hollywood's Bleeding* sound recording, dated November 12, 2019 [DEF000003-4] | | | | |
| 1004. | Certificate of Copyright Registration of "Circles" sound recording, dated November 12, 2019 [DEF000005] | | | | |
| 1005. | Liner Notes for "Circles," available at www.postmalone.com/credits [DEF000006-19] | | | | |
| 1006. | Plaintiff's Separate Statement of Genuine Disputes of Material Fact, dated March 14, 2022 (ECF No. 84-1) submitted in connection with Plaintiff's Opposition to Defendants' Motion for Summary Judgment | | | | |
| 1007. | Compact Disc of *Hollywood's Bleeding* [DEF0000064] | | | | |

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

Mitchell Silberberg & Knupp LLP
15248044.1

| Joint Ex. # | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1008. | Front and Back Covers of Compact Disc of *Hollywood's Bleeding* [DEF0000064; copies attached to Steinberg Decl. ISO Motion for Summary Judgment, Ex. F] | | | | |
| 1009. | Booklet in Jewel Case of *Hollywood's Bleeding* Compact Disc [DEF0000064; copies attached to Steinberg Decl. ISO Motion for Summary Judgment, Ex. G] | | | | |
| 1010. | "Song Inquiry – Detail" data for "Circles" composition, accessed by Defendants via the Harry Fox database | | | | |
| 1011. | Certified Application filed with United States Copyright Office for Armes's registration of "Circles" musical composition (PA0002222378) | | | | |
| 1012. | Certified United States Copyright Office Correspondence File for Armes's registration of "Circles" musical composition (PA0002222378) | | | | |

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

Mitchell
Silberberg &
Knupp LLP

15248044.1

| Joint Ex. # | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1013. | Certified Deposit Copy filed with United States Copyright Office for Armes's registration of "Circles" musical composition (PA0002222378) | | | | |
| 1014. | Certified Copyright Registration for Armes's registration of "Circles" musical composition (PA0002222378) obtained from the United States Copyright Office | | | | |
| 1015. | Certified Application filed with  United States Copyright Office for Armes's registration of "Circles" sound recording (SR0000860757) | | | | |
| 1016. | Certified United States Copyright Office Correspondence File for Armes's registration of "Circles" sound recording (SR0000860757) | | | | |
| 1017. | Certified Deposit Copy filed with United States Copyright Office for Armes's registration of "Circles" sound recording (SR0000860757) | | | | |

Mitchell
Silberberg &
Knupp LLP

15248044.1

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

| Joint Ex. # | Description | Stip. to Authen. | Stip. to Admiss. | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1018. | Certified Copyright Registration for Armes's registration of "Circles" sound recording (SR0000860757) obtained from United States Copyright Office | | | | |
| 1019. | Text messages between Plaintiff and Dre London dated August 6, 2018 | | | | |
| 1020. | Text messages between Plaintiff and Dre London dated August 7, 2018 | | | | |
| 1021. | Text messages between Plaintiff and Dre London between August 17, 2018 and November 14, 2018 | | | | |
| 1022. | Text messages between Plaintiff and Dre London dated August 8, 2019*[1] | | | | |
| 1023. | Instagram message between Plaintiff and Dukes dated August 31 (Bates No. P000006)* | | | | |

[1] Any proposed exhibits designated using an asterisk (*) on Defendants' portion of this Joint Exhibit List have been included solely as a precaution; Defendants submit that these exhibits should only be admitted in the event that Plaintiff's proposed Exhibit 6 (Text messages exchanged between Tyler Armes and Dre London (P000010- P000012)) is admitted over Defendants' objection.

# FINAL PRE-TRIAL EXHIBIT STIPULATION

Pursuant to the Scheduling Order (Dkt. 49), the Parties submit the following Final Exhibit Stipulation. Again, Plaintiff's proposed exhibits are Joint Exhibit Nos. 1-20 and Defendants' proposed exhibits are Joint Exhibit Nos. 1001-1023.

The parties incorporate by reference their objections to the exhibits and grounds therefore that are stated in the parties' Proposed Pre-Trial Conference Order (Dkt. 106-1).[2]

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|-----|-------------|------------------------------|------------------------|
| 1 | Voice Memo Recording dated August 8, 2018 (Bates No. P000001). | Relevance (Bootleg recording that does not reflect any composition allegedly created by Plaintiff) Rule 403 (*see* Relevance & Authentication) Hearsay Foundation (No foundation that this represents Plaintiff's fixation of any musical material) Authentication (Not authentic representation of what was created on August 8, 2018) Infringement of Defendants' work | This exhibit is relevant as it is a copy of a recording of the musical composition jointly authored by Plaintiff and Defendants on August 8, 2018 (the "Session Composition"). A foundation will be laid and this exhibit authenticated through Plaintiff's testimony. |

---

[2] The parties each reserve the right to use any of the exhibits irrespective of which party designated the exhibit at trial.

FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION

Mitchell Silberberg & Knupp LLP

15248044.1

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| **2** | Recording of Commercially released version of the song "Circles" | Not produced by Plaintiff in discovery Relevance Rule 403 Hearsay Foundation Authentication | This is exhibit is relevant in order to show that the composition of the commercially released version of the "Circles" song ("Commercial Release Composition") is a derivative work based on the Session Composition.  This recording was produced by Defendants' expert in discovery.  Plaintiff will lay a foundation for and authenticate this exhibit through witness testimony at trial if Defendants are unwilling to stipulate to its authenticity. |

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

Mitchell
Silberberg &
Knupp LLP

15248044.1

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| 3 | Text messages between Tyler Armes, Marty Martino and Pat Gillett dated August 8, 2018 (Bates Nos. P000002-P000003) | Relevance Rule 403 Hearsay Foundation Authentication (Admittedly not from Plaintiff's cell phone) Completeness | This exhibit is relevant since it is a contemporaneous note by Plaintiff at the time he was co-writing the Session Composition with Defendants and is therefore circumstantial evidence of his co-authorship. Plaintiff will lay a foundation for and authenticate this exhibit through witness testimony at trial. |
| 4 | Text messages exchanged between Tyler Armes and Post Malone (Bates Nos. P000004-P000005) | Relevance Rule 403 Rule 408 (Excluded pursuant to Court's Order dated July 11, 2022 on MIL #2 (ECF 119)) Hearsay Foundation Authentication Completeness | This exhibit is relevant to establish certain elements of Plaintiff's claim for declaratory relieve and to oppose Defendants' affirmative defenses of laches, estoppel and unclean hands. Plaintiff will lay a foundation for and authenticate this exhibit through witness testimony at trial. |

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| 5 | Text messages exchanged between Tyler Armes and Frank Dukes (Bates Nos. P000006-P000009) | Relevance Rule 403 (Combining two separate documents, one from Instagram and one from text message) Rule 408 (Excluded pursuant to Court's Order dated July 11, 2022 on MIL #2 (ECF 119)) Hearsay Foundation Authentication Completeness | This exhibit is relevant to establish certain elements of Plaintiff's claim for declaratory relieve and to oppose Defendants' affirmative defenses of laches, estoppel and unclean hands. Plaintiff will lay a foundation for and authenticate this exhibit through witness testimony at trial. |
| 6 | Text messages exchanged between Tyler Armes and Dre London (P000010-P000012) | Relevance Rule 403 Rule 408 (Excluded pursuant to Court's Order dated July 11, 2022 on MIL #2 (ECF 119)) Hearsay Foundation Personal Knowledge Authentication Completeness | This exhibit is relevant to establish certain elements of Plaintiff's claim for declaratory relieve and to oppose Defendants' affirmative defenses of laches, estoppel and unclean hands. Plaintiff will lay a foundation for and authenticate this exhibit through witness testimony at trial. |

Mitchell
Silberberg &
Knupp LLP

15248044.1

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| 7 | Text messages exchanged between Tyler Armes and Frank Dukes (Bates Nos. P000013-P000014) | Relevance Rule 403 Rule 408 (Excluded pursuant to Court's Order dated July 11, 2022 on MIL #2 (ECF 119)) Hearsay Foundation Authentication Completeness | This exhibit is relevant to establish certain elements of Plaintiff's claim for declaratory relieve and to oppose Defendants' affirmative defenses of laches, estoppel and unclean hands. Plaintiff will lay a foundation for and authenticate this exhibit through witness testimony at trial. |
| 8 | Emails dated March 28, 2017 between Ryan Armes and Dre London (Bates Nos. P000016-P000017) | Relevance (Any alleged relationship between Ryan Armes and Dre London and/or communications unrelated to the August 8 Session are irrelevant; emails also pre-date August 8, 2018 session by over one year) Rule 403 Hearsay Foundation Authentication | This exhibit is relevant to establish Plaintiff's relationship with Post Malone's manager, Dre London, and the events leading up to London's invitation to Armes to collaborate with Post to write a song. Plaintiff will lay a foundation for and authenticate this exhibit through witness testimony at trial. |

Mitchell
Silberberg &
Knupp LLP

15248044.1

13

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| 9 | Emails dated May 10-15, 2017 between Ryan Armes and Dre London (Bates Nos. P000018-P000019) | Relevance (Any alleged relationship between Ryan Armes and Dre London and/or communications unrelated to the August 8 Session are irrelevant; emails also pre-date August 8, 2018 session by over one year) Rule 403 Hearsay Foundation Authentication | This exhibit is relevant to establish Plaintiff's relationship with Post Malone's manager, Dre London, and the events leading up to London's invitation to Armes to collaborate with Post to write a song. Plaintiff will lay a foundation for and authenticate this exhibit through witness testimony at trial. |
| 10 | Calendar invitation dated May 17, 2017 between Ryan Armes and Dre London (Bates No. P000020) | Relevance (Any alleged relationship between Ryan Armes and Dre London and/or communications unrelated to the August 8 Session are irrelevant; also pre-dates August 8, 2018 session by over one year) Rule 403 Hearsay Foundation Authentication | This exhibit is relevant to establish Plaintiff's relationship with Post Malone's manager, Dre London, and the events leading up to London's invitation to Armes to collaborate with Post to write a song. Plaintiff will lay a foundation for and authenticate this exhibit through witness testimony at trial. |

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| 11 | Emails dated June 30, 2017 between Ryan Armes and Dre London (Bates Nos. P000023) | Relevance (Any alleged relationship between Ryan Armes and Dre London and/or communications unrelated to the August 8 Session are irrelevant; emails also pre-date August 8, 2018 session by over one year) Rule 403 Hearsay Foundation Authentication | This exhibit is relevant to establish Plaintiff's relationship with Post Malone's manager, Dre London, and the events leading up to London's invitation to Armes to collaborate with Post to write a song. Plaintiff will lay a foundation for and authenticate this exhibit through witness testimony at trial. |
| 12 | Emails dated June 30, 2017 between Ryan Armes, Dre London and Vydia (Bates Nos. P000024-P000025) | Relevance (Any alleged relationship between Ryan Armes and Dre London and/or communications unrelated to the August 8 Session are irrelevant; emails also pre-date August 8, 2018 session by over one year) Rule 403 Hearsay Foundation Authentication | This exhibit is relevant to establish Plaintiff's relationship with Post Malone's manager, Dre London, and the events leading up to London's invitation to Armes to collaborate with Post to write a song. Plaintiff will lay a foundation for and authenticate this exhibit through witness testimony at trial. |

Mitchell Silberberg & Knupp LLP

15248044.1

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| 13 | Emails dated February 13-20, 2019 between Ryan Armes and Dre London (Bates Nos. P000026- P000028) | Relevance (Any alleged relationship between Ryan Armes and Dre London and/or communications unrelated to the August 8 Session are irrelevant) Rule 403 Hearsay Foundation Authentication | This exhibit is relevant to establish Plaintiff's relationship with Post Malone's manager, Dre London, and the events leading up to London's invitation to Armes to collaborate with Post to write a song. Plaintiff will lay a foundation for and authenticate this exhibit through witness testimony at trial. |
| 14 | Letter dated October 21, 2019 from William J. Briggs, II to Theo Sedlmayr and Jason Boyarski (Bates No. P000029-P000031) | Relevance Rule 403 Rule 408 (Excluded pursuant to Court's Order dated July 11, 2022 on MIL #2) Hearsay Foundation Personal Knowledge Authentication Completeness | Defendants have identified this document on their exhibit list. Moreover, this exhibit is relevant to oppose Defendants' affirmative defenses. Plaintiff will lay a foundation for and authenticate this exhibit through witness testimony at trial. |

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

Mitchell
Silberberg &
Knupp LLP

15248044.1

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| 15 | Letter dated October 21, 2019 from William J. Briggs, II to Universal Music Publishing Group (Bates No. P000032-P000033) | Relevance Rule 403 Rule 408 (Excluded pursuant to Court's Order dated July 11, 2022 on MIL #2 (ECF 119)) Hearsay Foundation Personal Knowledge Authentication Completeness | This exhibit is relevant to oppose Defendants' affirmative defenses. Plaintiff will lay a foundation for and authenticate this exhibit through witness testimony at trial. |
| 16 | Letter dated October 21, 2019 from William J. Briggs, II to SOCAN (Bates Nos. P000034-P000035) | Relevance Rule 403 Hearsay Foundation Personal Knowledge Authentication Completeness | This exhibit is relevant to oppose Defendants' affirmative defenses. Plaintiff will lay a foundation for and authenticate this exhibit through witness testimony at trial. |
| 17 | Letter dated October 21, 2019 from William J. Briggs, II to Sony (Bates Nos. P000039-P000040) | Relevance Rule 403 Hearsay Foundation Personal Knowledge Authentication Completeness | This exhibit is relevant to oppose Defendants' affirmative defenses. Plaintiff will lay a foundation for and authenticate this exhibit through witness testimony at trial. |

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| 18 | Letter dated October 21, 2019 from William J. Briggs, II to BMI (Bates Nos. P000041-P000042) | Relevance Rule 403 Hearsay Foundation Personal Knowledge Authentication Completeness | This exhibit is relevant to oppose Defendants' affirmative defenses. Plaintiff will lay a foundation for and authenticate this exhibit through witness testimony at trial. |
| 19 | Copyright registration for "Circles" (Bates Nos. P000050-P000051) | Relevance (Not the registration filed by Plaintiff for "Circles" composition) Rule 403 (Misrepresentation as to the nature of the document and inconsistent with Plaintiff's claim of ownership in Circles Composition) Hearsay Foundation Authentication Completeness (Does not reflect Plaintiff's other copyright registration for a "Circles" composition) | This exhibit is relevant to establish Plaintiff's Declaratory Relief claim and to oppose Defendants' affirmative defenses. Plaintiff will lay a foundation for and authenticate this exhibit through witness testimony at trial. |

Mitchell Silberberg & Knupp LLP

15248044.1

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| 20 | SOCAN list of titles authored by Tyler Armes (Bates No. P000053-P000081) | Relevance Rule 403 Hearsay (Not a business record; purports to list Plaintiff as an author of the Circles Composition based upon Plaintiffs' own assertion to SOCAN) Foundation Authentication | This exhibit is relevant to establish Plaintiff's background as a professional songwriter, producer and musician. Plaintiff will lay a foundation for and authenticate this exhibit through witness testimony at trial. |
| 1001 | Armes's Agreement with Warner-Tamerlane, dated January 1, 2020 [Armes Dep. Ex. 17, P000102-124] | Relevance Rule 403 | The Agreement has relevance and probative value to Armes's claimed ownership interest in the Circles Composition and to his credibility. |
| 1002 | Certificate of Copyright Registration of "Circles" musical composition, dated December 9, 2019 [DEF000001-2] | | |
| 1003 | Certificate of Copyright Registration of *Hollywood's Bleeding* sound recording, dated November 12, 2019 [DEF000003-4] | Relevance | This exhibit has relevance and probative value to show, *inter alia*, Defendants' lack of intent to create a joint work with Plaintiff. |

Mitchell Silberberg & Knupp LLP

15248044.1

FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| **1004** | Certificate of Copyright Registration of "Circles" sound recording, dated November 12, 2019 [DEF000005] | Relevance | This exhibit has relevance and probative value to show, *inter alia*, Defendants' lack of intent to create a joint work with Plaintiff. |
| **1005** | Liner Notes for "Circles," available at www.postmalone.com/credits [DEF000006-19] | Relevance Rule 403 Hearsay Foundation Authentication | This exhibit has relevance and probative value to show, *inter alia*, Defendants' lack of intent to create a joint work with Plaintiff.<br><br>This exhibit is admissible under, *inter alia*, the business records exception to hearsay.  This document also is not hearsay, including because it is not being introduced for its truth.<br><br>The proper foundation and authentication will be laid by a witness at trial. |
| **1006** | Plaintiff's Separate Statement of Genuine Disputes of Material Fact, dated March 14, 2022 (ECF No. 84-1) submitted in connection with Plaintiff's Opposition to Defendants' Motion for Summary Judgment | Relevance Rule 403 Hearsay Foundation Authentication | This document contains binding party admissions by Plaintiff, which are directly relevant to the issues in the case. |

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

Mitchell Silberberg & Knupp LLP

15248044.1

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| 1007 | Compact Disc of *Hollywood's Bleeding* [DEF0000064] | | |
| 1008 | Front and Back Covers of Compact Disc of *Hollywood's Bleeding* [DEF0000064; copies attached to Steinberg Decl. ISO Motion for Summary Judgment, Ex. F] | Relevance Rule 403 Hearsay Foundation Authentication | This exhibit has relevance and probative value to show, *inter alia*, Defendants' lack of intent to create a joint work with Plaintiff.<br><br>This exhibit is admissible under, *inter alia*, the business records exception to hearsay.  This document also is not hearsay, including because it is not being introduced for its truth.<br><br>The proper foundation and authentication will be laid by a witness at trial. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mitchell
Silberberg &
Knupp LLP

15248044.1

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|-----|-------------|------------------------------|------------------------|
| 1009 | Booklet in Jewel Case of *Hollywood's Bleeding* Compact Disc [DEF0000064; copies attached to Steinberg Decl. ISO Motion for Summary Judgment, Ex. G] | Relevance Rule 403 Hearsay Foundation Authentication | This exhibit has relevance and probative value to show, *inter alia*, Defendants' lack of intent to create a joint work with Plaintiff.<br><br>This exhibit is admissible under, *inter alia*, the business records exception to hearsay.  This document also is not hearsay, including because it is not being introduced for its truth.<br><br>The proper foundation and authentication will be laid by a witness at trial. |

Mitchell
Silberberg &
Knupp LLP

15248044.1

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| 1010 | "Song Inquiry – Detail" data for "Circles" composition, accessed by Defendants via the Harry Fox database | Relevance Rule 403 Hearsay Foundation Authentication | This exhibit has relevance and probative value to show, *inter alia*, Defendants' lack of intent to create a joint work with Plaintiff and is relevant to Defendants' defenses.<br><br>This exhibit is admissible under, *inter alia*, the business records exception to hearsay.<br><br>The document is self-authenticating and/or the proper foundation and authentication will be laid by a witness at trial. |

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| 1011 | Certified Application filed with United States Copyright Office for Armes's registration of "Circles" musical composition (PA0002222378) | Relevance Rule 403 Hearsay Foundation Authentication | This exhibit has relevance and probative value to show, *inter alia*, that Armes never intended to assert a joint authorship claim in the Session Material, and that Armes treated the Session Material as a work in progress draft and not a standalone musical work.  This exhibit also calls into question Armes's credibility.

This exhibit is admissible under, *inter alia*, the business records and/or public records exceptions to hearsay.  This exhibit also is not hearsay, including because it includes party admissions and is not being introduced for its truth.

The exhibit is self-authenticating and/or the proper foundation and authentication will be laid by a witness at trial. |

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

Mitchell
Silberberg &
Knupp LLP

15248044.1

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| 1012 | Certified United States Copyright Office Correspondence File for Armes's registration of "Circles" musical composition (PA0002222378) | Relevance<br>Rule 403<br>Hearsay<br>Foundation<br>Authentication | This exhibit has relevance and probative value to show, *inter alia*, that Armes never intended to assert a joint authorship claim in the Session Material, and that Armes treated the Session Material as a work in progress draft and not a standalone musical work.  This exhibit also calls into question Armes's credibility.<br><br>This exhibit is admissible under, *inter alia*, the business records and/or public records exceptions to hearsay.  This exhibit also is not hearsay, including because it includes party admissions and is not being introduced for its truth.<br><br>The exhibit is self-authenticating and/or the proper foundation and authentication will be laid by a witness at trial. |

Mitchell
Silberberg &
Knupp LLP

15248044.1

25

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| **1013** | Certified Deposit Copy filed with United States Copyright Office for Armes's registration of "Circles" musical composition (PA0002222378) | Relevance Rule 403 Hearsay Foundation Authentication | This exhibit has relevance and probative value to show, *inter alia*, that Armes never intended to assert a joint authorship claim in the Session Material, and that Armes treated the Session Material as a work in progress draft and not a standalone musical work.  This exhibit also calls into question Armes's credibility.

This exhibit is admissible under, *inter alia*, the business records and/or public records exceptions to hearsay.  This exhibit also is not hearsay, including because it includes party admissions and is not being introduced for its truth.

The exhibit is self-authenticating and/or the proper foundation and authentication will be laid by a witness at trial. |

Mitchell
Silberberg &
Knupp LLP

15248044.1

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| **1014** | Certified Copyright Registration for Armes's registration of "Circles" musical composition (PA0002222378) obtained from the United States Copyright Office | Relevance<br>Rule 403<br>Hearsay<br>Foundation<br>Authentication | This exhibit has relevance and probative value to show, *inter alia*, that Armes never intended to assert a joint authorship claim in the Session Material, and that Armes treated the Session Material as a work in progress draft and not a standalone musical work.  This exhibit also calls into question Armes's credibility.<br><br>This exhibit is admissible under, *inter alia*, the business records and/or public records exceptions to hearsay.  This exhibit also is not hearsay, including because it includes party admissions and is not being introduced for its truth.<br><br>The exhibit is self-authenticating and/or the proper foundation and authentication will be laid by a witness at trial. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mitchell
Silberberg &
Knupp LLP

15248044.1

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| 1015 | Certified Application filed with United States Copyright Office for Armes's registration of "Circles" sound recording (SR0000860757) | Relevance Rule 403 Hearsay Foundation Authentication | This exhibit has relevance and probative value to show, *inter alia*, that Armes never intended to assert a joint authorship claim in the Session Material, and that Armes treated the Session Material as a work in progress draft and not a standalone musical work.  This exhibit also calls into question Armes's credibility.<br><br>This exhibit is admissible under, *inter alia*, the business records and/or public records exceptions to hearsay.  This exhibit also is not hearsay, including because it includes party admissions and is not being introduced for its truth.<br><br>The exhibit is self-authenticating and/or the proper foundation and authentication will be laid by a witness at trial. |

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

Mitchell Silberberg & Knupp LLP

15248044.1

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| 1016 | Certified United States Copyright Office Correspondence File for Armes's registration of "Circles" sound recording (SR0000860757) | Relevance Rule 403 Hearsay Foundation Authentication | This exhibit has relevance and probative value to show, *inter alia*, that Armes never intended to assert a joint authorship claim in the Session Material, and that Armes treated the Session Material as a work in progress draft and not a standalone musical work.  This exhibit also calls into question Armes's credibility.

This exhibit is admissible under, *inter alia*, the business records and/or public records exceptions to hearsay.  This exhibit also is not hearsay, including because it includes party admissions and is not being introduced for its truth.

The exhibit is self-authenticating and/or the proper foundation and authentication will be laid by a witness at trial. |

Mitchell Silberberg & Knupp LLP

15248044.1

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| 1017 | Certified Deposit Copy filed with United States Copyright Office for Armes's registration of "Circles" sound recording (SR0000860757) | Relevance Rule 403 Hearsay Foundation Authentication | This exhibit has relevance and probative value to show, *inter alia*, that Armes never intended to assert a joint authorship claim in the Session Material, and that Armes treated the Session Material as a work in progress draft and not a standalone musical work.  This exhibit also calls into question Armes's credibility.<br><br>This exhibit is admissible under, *inter alia*, the business records and/or public records exceptions to hearsay.  This exhibit also is not hearsay, including because it includes party admissions and is not being introduced for its truth.<br><br>The exhibit is self-authenticating and/or the proper foundation and authentication will be laid by a witness at trial. |

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

Mitchell Silberberg & Knupp LLP

15248044.1

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| 1018 | Certified Copyright Registration for Armes's registration of "Circles" sound recording (SR0000860757) obtained from United States Copyright Office | Relevance<br>Rule 403<br>Hearsay<br>Foundation<br>Authentication | This exhibit has relevance and probative value to show, *inter alia*, that Armes never intended to assert a joint authorship claim in the Session Material, and that Armes treated the Session Material as a work in progress draft and not a standalone musical work. This exhibit also calls into question Armes's credibility.<br><br>This exhibit is admissible under, *inter alia*, the business records and/or public records exceptions to hearsay. This exhibit also is not hearsay, including because it includes party admissions and is not being introduced for its truth.<br><br>The exhibit is self-authenticating and/or the proper foundation and authentication will be laid by a witness at trial. |

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**

| NO. | DESCRIPTION | IF OBJECTION, STATE GROUNDS | RESPONSE TO OBJECTION |
|---|---|---|---|
| 1019 | Text messages between Plaintiff and Dre London dated August 6, 2018 | | |
| 1020 | Text messages between Plaintiff and Dre London dated August 7, 2018 | | |
| 1021 | Text messages between Plaintiff and Dre London between August 17, 2018 and November 14, 2018 | | |
| 1022 | Text messages between Plaintiff and Dre London dated August 8, 2019* | | |
| 1023 | Instagram message between Plaintiff and Dukes dated August 31 (Bates No. P000006)* | | |

Dated: March 13, 2023

MITCHELL SILBERBERG & KNUPP LLP
DAVID A. STEINBERG
CHRISTINE LEPERA
JEFFREY M. MOVIT
GABRIELLA N. ISMAJ

By:  /s/ David A. Steinberg
David A. Steinberg (SBN 130593)
Attorneys for Defendants

Dated: March 13, 2023

ALLISON S. HART
KELSEY J. LEEKER
LAVELY & SINGER
PROFESSIONAL CORPORATION

By:  /s/ Allison S. Hart
Allison S. Hart
Attorneys for Plaintiff Tyler Armes

32

Mitchell Silberberg & Knupp LLP
15248044.1

1

## **ATTESTATION**

2          Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose

3    behalf the filing is submitted, concur in the filing's content and have authorized the

4    filing.

5

6                                        /s/ David A. Steinberg

7                                        David A. Steinberg

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

15248044.1

**FINAL JOINT EXHIBIT LIST AND EXHIBIT STIPULATION**