DAVID A. STEINBERG (SBN 130593)
  das@msk.com
GABRIELLA N. ISMAJ (SBN 301594)
  gan@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

CHRISTINE LEPERA (*pro hac vice*)
  ctl@msk.com
JEFFREY M. MOVIT (*pro hac vice*)
  jmm@msk.com
437 Madison Avenue, 25th Floor
New York, New York 10022
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

Attorneys for Defendants
Austin Richard Post p/k/a Post Malone
Adam King Feeney p/k/a Frank Dukes

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TYLER ARMES,<br><br>    Plaintiff<br><br>    v.<br><br>AUSTIN RICHARD POST, publicly known as POST MALONE, an individual; ADAM KING FEENEY publicly known as FRANK DUKES, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; DOES 1 through 10, inclusive,<br><br>    Defendants | Case No. 2:20-cv-03212 ODW (SKx)<br>*Consolidated with 2:20-cv-10205*<br><br>Hon. Otis D. Wright II<br><br>**DEFENDANTS' AMENDED PROPOSED VOIR DIRE QUESTIONS**<br><br><u>Pre-Trial Conference:</u><br>March 15, 2023 at 10:00 a.m.<br><br><u>Trial</u>: March 21, 2023 |

## DEFENDANTS' AMENDED PROPOSED VOIR DIRE QUESTIONS

Pursuant to the Court's directives at the March 15, 2023 Pre-Trial Conference, Defendants Austin Richard Post p/k/a Post Malone ("Post") and Adam King Feeney p/k/a Frank Dukes ("Feeney," together with Post, "Defendants") submit the following amended proposed voir dire questions to be asked in addition to the Court's standard questions to potential jurors, for the Court's consideration. Pursuant to the Court's directives in the Scheduling Order, Defendants have not submitted requests for standard voir dire questions such as education, current occupation, marital status and/or prior jury service. Defendants reserve the right to supplement and/or revise these proposed questions prior to the commencement of trial.

## FAMILIARITY WITH THE PARTIES

1. The name of this case is *Tyler Armes v. Austin Richard Post, et al.* Do you know anything about this case? Have you heard anything about it from your friends, the media or relatives? What was the first thing that came to mind when you read or heard about this case?
2. The Plaintiff in this action is Tyler Armes. Please raise your hand if you, or anyone close to you, knows, is aware of, has any connection with, or has opinions about this individual.
3. If you raised your hand for Mr. Armes:
    a. How do you know him or what do you know about him?
    b. Do you have an opinion about him?
    c. Have you read anything (e.g. press, books, articles, interviews) about Mr. Armes?
    d. Have you heard any songs by Mr. Armes?

     e.     Are you familiar with the bands *Down With Webster* and/or *Honors*? If so, what do you know about them? Do you have an opinion about them?

4. The Defendants in this action are Austin Richard Post p/k/a Post Malone and Adam King Feeney p/k/a Frank Dukes. Please raise your hand if you, or anyone else close to you, knows, is aware of, has any connection with, or has opinions about any of these individuals.

5. If you raised your hand for Post Malone:

    a.     How do you know him or what do you know about him?

    b.     Do you have an opinion about him?

    c.     Have you ever heard any of Post Malone's albums or songs? Do you, or does anyone else close to you, own any of his albums or songs?

    d.     Have you ever been to a performance by Post Malone?

    e.     Have you read any press, books, articles or interviews about Post Malone?

6. If you raised your hand for Adam Feeney:

    a.     How do you know him or what do you know about him?

    b.     Do you have an opinion about him?

    c.     Have you ever heard any songs written or produced by Mr. Feeney? Do you, or does anyone else close to you, own any of his songs?

    d.     Have you read press, books, articles or interviews about Mr. Feeney?

7. Have you heard the song "Circles" or are you otherwise familiar with the song? If so, what do you know about "Circles"? Do you have any views or opinions about "Circles"? Have you ever purchased, downloaded or streamed "Circles"?

**DEFENDANTS' AMENDED PROPOSED VOIR DIRE QUESTIONS**

Mitchell Silberberg & Knupp LLP

15268464.2

8. Do you have any negative opinions about body/face tattoos and/or people who have body/face tattoos? If so, what is your opinion?

9. I am going to read you a list of the people who, in addition to the Plaintiff and Defendants already identified, may testify at trial or may be mentioned at trial. Please raise your hand if you, or anyone close to you, personally knows, is aware of, has any connection with, or opinions about, any of these individuals. The list is as follows:

    a. Kaan Gunesberk
    b. William (Billy) Walsh
    c. Louis Bell
    d. Warner-Tamerlane Publishing Corp.
    e. Warner-Chappell Music, Inc.
    f. Universal Music Group
    g. Dre London
    h. Ryan Armes
    i. Cory Litwin
    j. Austin Rosen

10. For any witness for whom you raised your hand:
    a. What do you know about him, her or it?
    b. Do you have an opinion about him, her or it?

11. I am going to read you a list of the lawyers and law firms who will be participating in this trial for their clients. Please raise your hand if you, or anyone close to you, is aware of, has any connection with, or has any opinions about, any of these lawyers. The list is as follows:

    a. Mitchell Silberberg & Knupp LLP
    b. Christine Lepera
    c. Jeffrey M. Movit
    d. David A. Steinberg

   e. Gabriella N. Ismaj

   f. Lavely & Singer Professional Corporation

   g. Allison S. Hart

   h. Max Fabricant

12. If you raised your hand:

   a. What do you know about him, her or it?

   b. Do you have an opinion about him, her or it?

## MUSIC-RELATED QUESTIONS

13. What genres of music and/or artists do you listen to?

14. Do you have an opinion about musicians, songwriters, music producers or singers? If so, what is your opinion?

15. Have you ever played a musical instrument? If so, which?

16. Are you familiar with the process by which someone might be given credit for their contribution to a song?

17. Without hearing any evidence, if you heard that someone was suing a famous artist and accusing them of not giving them song credit, would you assume the accusation is true?

18. Have you, a family member, or a close friend ever created a creative work (e.g., a book or script), composed either lyrics or music for a song or performed on a commercially-released song? If so, have your compositions ever been published or commercially released?

19. Have you, a family member, or a close friend ever felt that you/they did not get proper credit for part or all of a work that you/they created? If so, what did you/they do about it?

20. Do you, a family member, or a close friend have any formal training in musicology, music performance or music theory? If so, please describe

what you/they studied, the type of training you/they received and/or your/their familiarity with reading sheet music.

21. Have you, a family member, or a close friend ever been employed in the music industry (e.g., a record label company, a publisher of music, a firm involved in coordinating live musical performances, media or PR firms that represent musical artists or the music industry, or lawyers that represent musical artists or the music industry)? If so, which company, when, and what was the result?

22. Do you or any of your family members or friends earn income as an artist, musician or creative writer? Who? What kind of art, music or creative writing?

23. Have you, a family member, or close friend ever had or tried to get either a record contract with a record company or a songwriting contract with a music publisher? If so, please explain.

## ADDITIONAL QUESTIONS

24. Where are you from?

25. Have you ever been charged with a crime? If so, please describe the crime you were charged with. What was the outcome?

26. Have you, or has someone close to you, ever been a victim of theft?

27. Have you ever been a party, either as a plaintiff or a defendant, in a lawsuit? If so, where was it brought? What was the lawsuit about? What was the outcome of the case? Were you satisfied with the result?

28. Have you ever been a witness in a lawsuit? If so, what was your involvement? Did you testify at trial or at a deposition? What was the lawsuit about? What was the result? Do you have an opinion as to the result?

29. Are there any lawyers in your family? If so, who? Where are they located? Do you speak with them about cases they are handling? How often? About what?

30. Have you had any legal education or training? If so, what kind of education or training? Where did you obtain it? Did you complete your education or training?

31. Have you or has someone close to you ever owned a copyright, trademark or patent? If so, what was it for?

32. Have you or has someone close to you ever been accused of copyright, patent or trademark infringement? If so, what was the nature of the accusation? How was it resolved?

33. Have you or has someone close to you ever accused someone else of copyright, patent, or trademark infringement? If so, what was the nature of the accusation? How was it resolved?

34. Have you ever taken an academic course, read any books or articles or had any formal or informal training regarding copyright? If so, please explain.

Dated: March 18, 2023

MITCHELL SILBERBERG & KNUPP LLP
DAVID A. STEINBERG
CHRISTINE LEPERA
JEFFREY M. MOVIT
GABRIELLA N. ISMAJ


By: /s/ David A. Steinberg
David A. Steinberg (SBN 130593)
Attorneys for Defendants

**DEFENDANTS' AMENDED PROPOSED VOIR DIRE QUESTIONS**