# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-03212-ODW(SKx) | Date | March 21, 2023 |
| Title | Tyler Armes v. Austin Richard Post et al | | |

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sheila English | COURT SMART |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Allison S Hart/ Max Dylan Fabricant | Christine Lepera/ Gabriella Nourafchan Ismaj David A. Steinberg |

**Proceedings:**   **(IN CHAMBERS) STATUS CONFERENCE RE TRIAL**

Counsel inform the Court that the parties have reached a settlement in principle and will file FRCP 41-compliant dismissal documents upon finalizing the settlement. The Court **CONTINUES** trial in this matter to **May 30, 2023 at 9:00 a.m.** The parties shall file FRCP 41-compliant dismissal documents by no later than **May 1, 2023**; failure to do so will be deemed consent to dismissal of the case. Finally, the Court **DISCHARGES** its April 24, 2022 Order to Show Cause. (ECF No. 137.)

IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| | Initials of Preparer | se |